Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **RILEY BOYLE,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and PACIFICSOURCE HEALTH PLANS,**<br><br>        **Defendants.** | Case No.  6:20-cv-00705-AA<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

I, Megan E. Glor, hereby declare that the following statements are true and based upon personal knowledge:

1. I represent the plaintiff in this case.

2. On May 28, 2021, I performed an internet search of "541-225-3667" through Google's search engine. My search revealed (at https://psa.pacificsource.com) a downloadable .pdf

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - Page 1 of 3**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

formatted document, attached as Exhibit A. It reveals that 541-225-3667 is associated with PacificSource.

    3.    I commissioned transcriptions of R 2997 - R. 3006, Defendants' audio recordings of telephone calls. Attached as Exhibit B is a copy of the transcript of the audio file designated R 2997 (telephone call of 2/3/17).

    4.    Attached as Exhibit C is a copy of the transcript of the audio file designated R 2998 (telephone call of 7/28/17).

    5.    Attached as Exhibit D is a copy of the transcript of the audio file designated R 2999 (telephone call of 8/16/17).

    6.    Attached as Exhibit E is a copy of the transcript of the audio file designated R 3000 (telephone call of 8/17/17).

    7.    Attached as Exhibit F is a copy of the transcript of the audio file designated R 3001 (telephone call of 11/15/17).

    8.    Attached as Exhibit G is a copy of the transcript of the audio file designated R 3002 (telephone call of 12/15/17).

    9.    Attached as Exhibit H is a copy of the transcript of the audio file designated R 3003 (telephone call of 2/27/18).

    10.    Attached as Exhibit I is a copy of the transcript of the audio file designated R 3004 (telephone call of 6/18/18).

    11.    Attached as Exhibit J is a copy of the transcript of the audio file designated R 3005 (telephone call of 2/19/19).

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - Page 2 of 3**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

    12.    Attached as Exhibit K is a copy of the transcript of the audio file designated R 3006 (telephone call of 2/19/19).

DATED: June 4, 2021.

          *s/ Megan E. Glor*
          Megan E. Glor, OSB #930178
          Attorneys for Plaintiff

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT - Page 3 of 3**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400