# Behavioral Health Preauthorization Request Form



**Please return to:**
PacificSource
Attn. Health Services
Fax: (541) 225-3667

Instructions:
1. Please complete all of the form. Missing information will delay the preauthorization process.
2. **Include clinical information** and fax to (**541) 225-3667**

Please note:
- Requests received after 3:00 p.m. will be processed the next business day.
- You can expect to receive a response within two business days.
- We will mail or fax a determination notice to the requesting provider, facility, and patient.
- **An intake assessment is required within 72 hours of admission**.

If you have any questions, please feel free to contact us at (541) 684-5584 or toll-free at (888) 691-8209.

## ▼ PATIENT

Last name: _____   First name: _____

Date of birth: _____   Member ID number: _____

## ▼ SERVICES

Type of service: _____

Diagnosis code and description: _____

☐ Inpatient **admission date:** _____   ☐ To be scheduled   Estimated length of stay (days): _____

☐ Residential **admission date:** _____   ☐ To be scheduled   Estimated length of stay (days): _____

☐ Partial Hospitalization Program (PHP):   Hours per day _____ x days per week _____ = total hours _____

PHP start date: _____   End date: _____

☐ Intensive Outpatient Program (IOP):   Hours per day _____ x days per week _____ = total hours _____

IOP start date: _____   End date: _____

Retrospective review? ☐ Yes  ☐ No   Dates of service: _____

## ▼ PROVIDER CONTACT INFORMATION

**Contact person:**
Name: _____   Date: _____
Phone: _____   Extension: _____   Fax: _____

**Attending/treating provider:**
Name: _____
Phone: _____   Extension: _____   Fax: _____
Address: _____   City/State/Zip: _____
TIN: _____   NPI: _____

**Facility/place of service:**
Name: _____
Phone: _____   Extension: _____   Fax: _____
Address: _____   City/State/Zip: _____
TIN: _____   NPI: _____