2/03/2017 Phone Call

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11    RILEY BOYLE

12    v.

13    LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and

14    PACIFICSOURCE HEALTH PLANS

15    File Name:  disc rec_PS_002997_2017.02.03_Phone

16    Call_Boyle.wav

17

18

19

20

21

22

23

24

25

                                            Page 1
```

2/03/2017 Phone Call

1          TOM:   Customer service.  This is Tom.

2     How can I help you?

3          JOSIE BOYLE:  Hi, Tom.  My name is

4     Josie and I am a member of PacificSource.  And

5     I'm wondering about inpatient -- residential

6     treatment for my daughter and how that works.

7          TOM:  Sure.  Let's take a look.  I'll

8     get you guys pulled up here.  Josie, do you

9     happen to have your member ID handy?

10         JOSIE BOYLE:  I do, yeah.  200498139.

11         TOM:  139.  Here we go.  And actually

12    I'll just pull it up under your daughter, so I've

13    got her up.  Can I get her name and date of

14    birth.

15         JOSIE BOYLE:  Riley Boyle, 8/15/2000.

16         TOM:  And what address should I show

17    for you guys?

18         JOSIE BOYLE:  7015 Southeast 16th

19    Avenue, Portland, Oregon 97202.

20         TOM:  Excellent.  Thank you.  Okay.  So

21    let's get the plan loaded up.  The main thing

22    with this is actually going to be network status.

23    With most of the benefits on the employee plan,

24    we've got coverage for in-network providers, but

25    we, you know, don't have coverage for out-of-

                                        Page 2

2/03/2017 Phone Call

1    network.

2            JOSIE BOYLE:  Mm hmm.

3            TOM:  As far as the benefit itself --

4    and we'll check to see if there's any specific

5    exclusions or authorization requirements,

6    anything like that.

7            JOSIE BOYLE:  Mm hm.

8            TOM:  But basically what we're looking

9    at is coverage at 80 percent of the allowed

10   amount and then 20 percent co-insurance.

11           JOSIE BOYLE:  Mm hmm.

12           TOM:  And that's, you know, again,

13   something that you'll really see, like, kind of

14   across the board on, you know, most of the, most

15   of the benefit levels on the plan.  I do show --

16   I do show kind of our basic exclusions that are

17   up front on the mental health benefits at all

18   levels for the Legacy plan.

19           JOSIE BOYLE:  Mm hm.

20           TOM:  It shows coverage for autism,

21   obsessive-compulsive and related disorders,

22   marriage counseling, sexual dysfunction and/or

23   deviations.  Those are the standard exclusions.

24           JOSIE BOYLE:  Mm hmm.

25           TOM:  And the other thing that it pops

                                        Page 3

2/03/2017 Phone Call

```
 1    up for me here is that an authorization would be
 2    required.  Most of the facilities are aware of
 3    that and it's a pretty easy thing for them.  If
 4    you guys, you know, pick one or contact one, they
 5    would be able to reach out and get the
 6    authorization in place.
 7              JOSIE BOYLE:  Mm hmm.
 8              TOM:  And, certainly the, you know, the
 9    20 percent piece that ends up being the patient
10    responsibility, it does count towards the out-of-
11    pocket maximum.  That's $2,000 for the calendar
12    year.  And, you know, co-insurance percentages,
13    that counts towards it.  If there's any benefits
14    -- this one doesn't have a co-pay, but any
15    benefits that do have a co-pay, that counts
16    towards that as well.
17              JOSIE BOYLE:  Mm hmm.
18              TOM:  And once that out-of-pocket max
19    is hit, then for covered in-network services past
20    that point, there's no -- there's no cost-
21    sharing, there's no more, you know, patient
22    responsibility left over at that point.  So
23    that's kind of a failsafe, you know, if costs,
24    like, climb if, you know, the worst-case
25    scenario, that does cut off that responsibility
```

Page 4

2/03/2017 Phone Call

1    at some point.
2          But as of today, I just have -- a
3    little bit under a hundred dollars towards that,
4    so there's still, you know, a good chunk of that
5    remaining.
6          JOSIE BOYLE:  Yeah, no worries about
7    that.  Um...uh...I'm just wondering, like there's
8    not much in Oregon inside of our network.  But --
9    well, I don't know how to look up treatment
10   facilities.  I can look up individual providers.
11   But the facilities I'm looking at are in
12   California, so I don't know (indiscernible).
13          TOM:  Right.  Well, and, you know,
14   we'll look at it together because I'm going to
15   pull up the directory with you because my hunch
16   is that if we kind of change things up a little
17   bit there's -- under that category setting, if
18   you go a little bit further down the drop-down,
19   beyond, you know, the provider section you were
20   in where it shows mental and behavioral health
21   providers, if you go all the way down to the
22   bottom there's --
23          JOSIE BOYLE:  Let me make sure I'm in
24   the right space.  What is the -- Is it
25   intouch.pacificsource.com?  Is that where I'm

                                      Page 5

2/03/2017 Phone Call

1   supposed to be?

2          TOM:  You can be logged in to InTouch.

3   You don't have to be.  You can actually just go

4   to pacificsource.com/legacy, the public site, the

5   Legacy landing page for the employees.  There's

6   actually a link to the directory there as well.

7          JOSIE BOYLE:  Okay.  It says, "not

8   found."  Let's see.  It should be

9   pacificsource\legacy, is that what you're saying?

10         TOM:  pacificsource.com/legacy.

11         JOSIE BOYLE:  .com.  Okay.

12         TOM:  Yeah, and it should -- it should

13  take you --

14         JOSIE BOYLE:  Okay.

15         TOM:  -- there's like a couple of

16  people, like, jogging up at the top or something.

17         JOSIE BOYLE:  Yeah, yeah.

18         TOM:  So, the first big section of text

19  in the body below that, you'll see, like, you

20  know, find a provider, provider directory,

21  something like that.

22         JOSIE BOYLE:  Mm hmm.

23         TOM:  And there's a link that actually

24  takes you to the directory.  We're not going to

25  move it or anything, so, you know, you can always

                                    Page 6

2/03/2017 Phone Call

```
 1    bookmark it.  But this is where I always kind of
 2    start from when folks call in.
 3              JOSIE BOYLE:  Mm hmm.
 4              TOM:  Now, I'm filling in -- I'm going
 5    to center it around your address.  And, you know,
 6    be optimistic.  Like, maybe if we change up the
 7    search, we'll actually have some results in the
 8    area.
 9              JOSIE BOYLE:  Mm hm.
10              TOM:  But that first drop-down, like
11    the third row down, where you're actually, like,
12    selecting a specialty category, I think you were
13    up in the mental and behavioral health providers
14    in the first section because it's broken up with
15    all the, you know, the actual people, the
16    practitioner types up top, and then facility
17    categories below that.  So instead of the mental
18    behavioral health providers, if you scroll all
19    the way down towards the bottom, there's a mental
20    and behavioral health facility section.
21              JOSIE BOYLE:  In the specialty category
22    thing?
23              TOM:  Yeah.  Under the category
24    dropdown, exactly.  And then once you've selected
25    the category, if you further wanted to narrow it
```

Page 7

2/03/2017 Phone Call

1    down, the specialty box to the right of that --

2            JOSIE BOYLE:  Mm hmm.

3            TOM:  -- it's contextual, so it changes

4    based on the category you've got selected and it

5    -- it actually, you know, offers mental health

6    facility, mental health/chemical dependency

7    treatment center and psychiatric hospital.

8            Because we're kind of coming at it with

9    little luck on your last search, I would maybe

10   just leave that alone and just keep it at the

11   mental behavioral health facilities just under

12   the category.

13           JOSIE BOYLE:  Mm hmm.

14           TOM:  Just search that, see

15   what comes back -- hopefully... So, this -- this

16   actually, you know, 10 miles search radius

17   centered on your guys' address, I get 14 results

18   coming back.  So I hope -- hopefully, it's a

19   better representation than the last time that you

20   tried it.  RainRock Treatment Center is the

21   first; although, some of these, you know, again,

22   it might be something where we want to play with

23   the search and maybe do some of that narrowing.

24   I just kind of wanted to see what came back --

25           JOSIE BOYLE:  Mm hmm.

Page 8

2/03/2017 Phone Call

1        TOM:  -- as a whole if we're just

2   looking for a mental health facility and I

3   imagine RainRock Treatment is, you know, chemical

4   dependency.

5        But, again, we can kind of play with

6   this as needed.  But any of these, you know, if

7   we narrow it down further or if we just go with

8   this list, anybody on this list would at least

9   be, you know, participating providers.  So

10  assuming they had availability, the right kind

11  of, you know, treatment available and could get

12  her in, the people on this list would be good and

13  then, you know, you've actually got the benefit

14  with these guys, they're participating, so we

15  wouldn't have to worry about that piece of it.

16        JOSIE BOYLE:  Okay.  Um...and then if

17  none of these are appealing then?

18        TOM:  Then, you know, we can -- we can

19  push the range out and see if anybody picks up.

20  There's a chance that if, you know, just view the

21  kind of care needed and what these places offer

22  that may be through, like, an authorization

23  request, you know, if her primary or an ordering

24  provider would do, like, an authorization request

25  and say, hey, you know, we've looked at the in-

Page 9

2/03/2017 Phone Call

1   network options.  This is the type of care that
2   she needs.  This is a facility that does it.
3   They're out-of-network, but we think, you know,
4   she needs care here and here's why, you know,
5   here's the medical history that breaks that down.
6           That authorization request basically
7   gets treated like any other authorization request
8   like you might need for a surgery or an MRI.  The
9   health services department, the folks
10  specifically -- the behavioral health nurse case
11  managers basically look at that and even though
12  Legacy is, you know, pretty strict about the
13  network that they've got built, we've got the,
14  you know, gatekeeper status to be able to, you
15  know, look at those authorization requests and,
16  you know, maybe approve out-of-network services
17  that would otherwise not be covered.
18          So, you know, I would, you know, look
19  at the search results here, maybe check in with
20  some of these places, push the search range out,
21  see maybe if there's somebody further afield.  I
22  mean, I only had mine set to 10 miles.  So there
23  could be folks in-network that are just a little
24  bit further outside the metro area.
25          JOSIE BOYLE:  I did a hundred miles,

                                        Page 10

2/03/2017 Phone Call

1    there's not much.

2              TOM:  Okay.  Okay.  So it's still

3    hitting on the same stuff.  And I think a lot of

4    that is --

5              JOSIE BOYLE:  Yeah.

6              TOM:  -- that just because it's -- it

7    is really stuff kind of close in to town.  But if

8    none of those work, then that would be the next

9    step to say basically, all right, this is a plan,

10   it doesn't have out-of-network coverage, we've

11   looked at the network options, you know, we'd

12   like -- we'd like to see if we can get out-of-

13   network coverage considered for this and here's

14   why.

15             So if it comes down to it, that

16   authorization request is kind of the other step

17   there because really the way they've got this

18   plan built, outside of an authorization like

19   that, we're pretty locked in and limited to the

20   panel that they've got built.  And I know we have

21   been trying to kind of nominate and suggest

22   providers to them, but we've gotten feedback --

23   in customer service, we've gotten feedback from

24   the provider network department, I guess,

25   Legacy's kind of closed down the panels.

                                        Page 11

2/03/2017 Phone Call

```
 1              So, you know, it's like, what's there
 2    is what's there.  But through the authorization
 3    process, we maybe have a way of uh...if this, you
 4    know, fails to... So that's how you would get to
 5    those listings.  So, I mean, check with what's
 6    there, but that's really it.  What you're doing
 7    is kind of what I wanted to walk you through, but
 8    that's -- those are the results.
 9              JOSIE BOYLE:  Yeah, there's not much,
10    not much at all.
11              TOM:  Yeah.  I -- I don't know and I
12    think that that's one of those things too where
13    if you guys have, you know, providers suggesting
14    certain facilities because of certain backgrounds
15    or expertise and it's outside this list -- I know
16    -- I know I ran into one case where, you know, a
17    member was looking for a specific, you know,
18    needed to see a specific specialist, the workflow
19    involved with that authorization was, you know,
20    getting, like a second opinion from an in-network
21    provider.
22              But because we're talking about, like,
23    you know, residential treatment in a facility, I
24    don't know that they would raise to that.  I
25    mean, hopefully, they would just be able to
```

Page 12

2/03/2017 Phone Call

1   consider kind of the existing medical history and
2   things.
3           JOSIE BOYLE:  Mm hmm.
4           TOM:  But when it comes to that, that
5   workflow, again, it's pretty standard for a lot
6   of the providers that are involved.  The same way
7   that one of these facilities might be used to
8   getting an authorization for residential
9   treatment anyway.
10          JOSIE BOYLE:  Mm hm.
11          TOM:  The added step of, you know,
12  authorize the residential treatment, but
13  authorize it with an out-of-network provider and
14  here's why.  It's really not that different,
15  they're just adding a little bit of extra
16  information and context when they request it.
17  So, you know, still possibly doable, but I know
18  they're going to focus in on this stuff first.
19          JOSIE BOYLE:  Yeah. Huh.  Okay, so that
20  would be -- she's hospitalized right now, so
21  would that be started with her provider or is it
22  (indiscernible) I start?
23          TOM:  No.  I would reach out to the
24  provider.  The authorization requests, those come
25  from the providers just because it requires,

                                        Page 13

2/03/2017 Phone Call

```
 1    like, chart notes and clinicals and stuff, so
 2    they're usually the ones.  So ,if there were like
 3    an admitting physician or, you know, or ordering
 4    provider that, you know, she has seen in the past
 5    that kind of manages the care, I guess, that's --
 6    that's probably the person I'd reach out to
 7    about, you know, getting the authorization
 8    request in for the residential side.
 9              JOSIE BOYLE:  Okay.
10              TOM:  But, yeah, if they've got any
11    questions about that too, they can always call us
12    at the same number.  We talk to providers all
13    day.  We can actually, if it's something really
14    specialized, kind of beyond what we're
15    knowledgeable about --
16              JOSIE BOYLE:  Mm hmm.
17              TOM:  -- we can get them in touch with
18    the health services folks.  So if that's
19    something that they want assistance with or need
20    help with, certainly I would encourage them to
21    call this same number as well.
22              JOSIE BOYLE:  Okay.  All right.  Well,
23    I'll start working on it on my end and see where
24    we can get with this.
25              TOM:  And I appreciate your time --
```

Page 14

```
1              JOSIE BOYLE:  Yeah.  No.  I appreciate

2    your explaining it to me.  It's -- yeah, it's --

3    the -- our mental health insurance has always

4    been pretty lackluster except when you have to be

5    hospitalized and then it seems to cover great.

6              TOM:  Yeah.

7              JOSIE BOYLE:  So, I just wish there was

8    more --

9              TOM:  Yeah.

10             JOSIE BOYLE:  -- or that we can access

11   before hospitalization.

12             TOM:  Yeah.  I um...someday -- someday

13   it might change.  I don't know.  I -- I hope that

14   we're able to, you know, help with that as things

15   go on.  But definitely just keep us posted, if

16   there's anything else, whether it's a provider

17   needing to check in or you guys need to follow up

18   on something, just let us know, okay?

19             JOSIE BOYLE:  Okay.  Sounds good.

20             TOM:  All right.  Thanks, Josie.

21             JOSIE BOYLE:  All right.  Thank you.

22   Bye.

23             TOM:  Bye.

24

25
```

Page 15

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9    _____

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date: May 11, 2021

17

18

19

20

21

22

23

24

25

                                        Page 16
```

```
 1                C E R T I F I C A T E

 2

 3

 4         I, Janette M. Schmitt, a Certified Shorthand

 5    Reporter for Oregon, do hereby certify that after having

 6    listened to an audio recording, that Sonya Ledanski Hyde

 7    transcribed all testimony adduced and other oral

 8    proceedings had, and that thereafter her notes were

 9    reduced to typewriting under her direction; and that the

10    foregoing transcript, pages 1 to 16, both inclusive,

11    constitutes a full, true and accurate record of all such

12    testimony adduced and oral proceedings had, and of the

13    whole thereof.

14              Witness my hand and CSR stamp at Vancouver,

15    Washington, this 11th day of May, 2021.

16

17

18

19

20

21

                   JANETTE M. SCHMITT

22                 Certified Shorthand Reporter

                   Certificate No. 90-0093

23                 Expiration Date:  6/30/2023

24

25

                                              Page 17
```

2/03/2017 Phone Call

**[002997 - coming]**

| 0 | a | b | bye   15:22,23 |
|---|---|---|---|
| **002997**  1:15 | **able**  4:5 10:14 | **back**  8:15,18,24 | **c** |
| **1** | 12:25 15:14 | **backgrounds** | **c**  16:1,1 17:1,1 |
| **1**  17:10 | **access**  15:10 | 12:14 | **calendar**  4:11 |
| **10**  8:16 10:22 | **accurate**  16:4 | **based**  8:4 | **california**  5:12 |
| **11**  16:16 | 17:11 | **basic**  3:16 | **call**  1:16 7:2 14:11 |
| **11501**  16:14 | **actual**  7:15 | **basically**  3:8 10:6 | 14:21 |
| **11th**  17:15 | **added**  13:11 | 10:11 11:9 | **care**  9:21 10:1,4 |
| **12151**  16:9 | **adding**  13:15 | **behavioral**  5:20 | 14:5 |
| **139**  2:11 | **address**  2:16 7:5 | 7:13,18,20 8:11 | **case**  4:24 10:10 |
| **14**  8:17 | 8:17 | 10:10 | 12:16 |
| **16**  17:10 | **adduced**  17:7,12 | **benefit**  3:3,15 9:13 | **categories**  7:17 |
| **16th**  2:18 | **admitting**  14:3 | **benefits**  2:23 3:17 | **category**  5:17 7:12 |
| **2** | **afield**  10:21 | 4:13,15 | 7:21,23,25 8:4,12 |
| **2,000**  4:11 | **allowed**  3:9 | **better**  8:19 | **center**  7:5 8:7,20 |
| **20**  3:10 4:9 | **amount**  3:10 | **beyond**  5:19 14:14 | **centered**  8:17 |
| **200498139**  2:10 | **anybody**  9:8,19 | **big**  6:18 | **certain**  12:14,14 |
| **2017.02.03**  1:15 | **anyway**  13:9 | **birth**  2:14 | **certainly**  4:8 |
| **2021**  16:16 17:15 | **appealing**  9:17 | **bit**  5:3,17,18 10:24 | 14:20 |
| **25057**  17:20 | **appreciate**  14:25 | 13:15 | **certificate**  17:22 |
| **3** | 15:1 | **board**  3:14 | **certified**  17:4,22 |
| **300**  16:13 | **approve**  10:16 | **body**  6:19 | **certify**  16:3 17:5 |
| **330**  16:12 | **area**  7:8 10:24 | **bookmark**  7:1 | **chance**  9:20 |
| **5** | **assistance**  14:19 | **bottom**  5:22 7:19 | **change**  5:16 7:6 |
| **504**  1:13 | **assuming**  9:10 | **box**  8:1 | 15:13 |
| **6** | **audio**  17:6 | **boyle**  1:11 2:3,10 | **changes**  8:3 |
| **6/30/2023**  17:23 | **authorization**  3:5 | 2:15,15,18 3:2,7 | **chart**  14:1 |
| **7** | 4:1,6 9:22,24 10:6 | 3:11,19,24 4:7,17 | **check**  3:4 10:19 |
| **7015**  2:18 | 10:7,15 11:16,18 | 5:6,23 6:7,11,14 | 12:5 15:17 |
| **8** | 12:2,19 13:8,24 | 6:17,22 7:3,9,21 | **chemical**  8:6 9:3 |
| **8/15/2000**  2:15 | 14:7 | 8:2,13,25 9:16 | **chunk**  5:4 |
| **80**  3:9 | **authorize**  13:12 | 10:25 11:5 12:9 | **climb**  4:24 |
| **9** | 13:13 | 13:3,10,19 14:9,16 | **clinicals**  14:1 |
| **90-0093**  17:22 | **autism**  3:20 | 14:22 15:1,7,10,19 | **close**  11:7 |
| **97202**  2:19 | **availability**  9:10 | 15:21 | **closed**  11:25 |
|  | **available**  9:11 | **boyle.wav**  1:16 | **com**  6:11 |
|  | **avenue**  2:19 | **breaks**  10:5 | **come**  13:24 |
|  | **aware**  4:2 | **broken**  7:14 | **comes**  8:15 11:15 |
|  |  | **built**  10:13 11:18 | 13:4 |
|  |  | 11:20 | **coming**  8:8,18 |

Page 1

2/03/2017 Phone Call

**[compulsive - intouch.pacificsource.com]**

compulsive  3:21
consider  13:1
considered  11:13
constitutes  17:11
contact  4:4
context  13:16
contextual  8:3
cost  4:20
costs  4:23
counseling  3:22
count  4:10
country  16:12
counts  4:13,15
couple  6:15
cover  15:5
coverage  2:24,25
  3:9,20 11:10,13
covered  4:19
  10:17
csr  17:14
customer  2:1
  11:23
cut  4:25

**d**

date  2:13 16:16
  17:23
daughter  2:6,12
day  14:13 17:15
definitely  15:15
department  10:9
  11:24
dependency  8:6
  9:4
deviations  3:23
different  13:14
direction  17:9
directory  5:15 6:6
  6:20,24
disc  1:15
disorders  3:21

doable  13:17
doesn't  4:14 11:10
doing  12:6
dollars  5:3
don't  2:25 5:9,12
  6:3 12:11,24
  15:13
drop  5:18 7:10
dropdown  7:24
dysfunction  3:22

**e**

e  16:1 17:1,1
easy  4:3
employee  2:23
employees  6:5
encourage  14:20
ends  4:9
exactly  7:24
excellent  2:20
exclusions  3:5,16
  3:23
existing  13:1
expertise  12:15
expiration  17:23
explaining  15:2
extra  13:15

**f**

f  16:1 17:1
facilities  4:2 5:10
  5:11 8:11 12:14
  13:7
facility  7:16,20 8:6
  9:2 10:2 12:23
fails  12:4
failsafe  4:23
far  3:3
feedback  11:22,23
file  1:15
filling  7:4

find  6:20
first  6:18 7:10,14
  8:21 13:18
focus  13:18
folks  7:2 10:9,23
  14:18
follow  15:17
foregoing  16:4
  17:10
found  6:8
front  3:17
full  17:11
further  5:18 7:25
  9:7 10:21,24

**g**

gatekeeper  10:14
getting  12:20 13:8
  14:7
go  2:11 5:18,21
  6:3 9:7 15:15
going  2:22 5:14
  6:24 7:4 13:18
good  5:4 9:12
  15:19
gotten  11:22,23
great  15:5
guess  11:24 14:5
guys  2:8,17 4:4
  9:14 12:13 15:17
guys'  8:17

**h**

hand  17:14
handy  2:9
happen  2:9
health  1:13,13,14
  3:17 5:20 7:13,18
  7:20 8:5,6,11 9:2
  10:9,10 14:18
  15:3

help  2:2 14:20
  15:14
here's  10:4,5
  11:13 13:14
hey  9:25
hi  2:3
history  10:5 13:1
hit  4:19
hitting  11:3
hm  3:7,19 7:9
  13:10
hmm  3:2,11,24 4:7
  4:17 6:22 7:3 8:2
  8:13,25 13:3
  14:16
hope  8:18 15:13
hopefully  8:15,18
  12:25
hospital  8:7
hospitalization
  15:11
hospitalized  13:20
  15:5
huh  13:19
hunch  5:15
hundred  5:3 10:25
hyde  16:3 17:6

**i**

imagine  9:3
inclusive  17:10
indiscernible  5:12
  13:22
individual  5:10
information  13:16
inpatient  2:5
inside  5:8
insurance  3:10
  4:12 15:3
intouch  6:2
intouch.pacifics...
  5:25

Schmitt Reporting and Video, A Veritext Company
503-245-4552

2/03/2017 Phone Call

**[involved - percent]**

**involved**  12:19
13:6
**it's**  4:3 7:14 8:3,18
11:2,6 12:1,15
13:5,14 14:13
15:16
**i'll**  2:7,12 14:23
**i'm**  2:5 5:7,11,14
5:25 7:4,4
**i've**  2:12

**j**

**janette**  17:4,21
**jogging**  6:16
**josie**  2:3,4,8,10,15
2:18 3:2,7,11,19
3:24 4:7,17 5:6,23
6:7,11,14,17,22
7:3,9,21 8:2,13,25
9:16 10:25 11:5
12:9 13:3,10,19
14:9,16,22 15:1,7
15:10,19,20,21

**k**

**keep**  8:10 15:15
**kind**  3:13,16 4:23
5:16 7:1 8:8,24
9:5,10,21 11:7,16
11:21,25 12:7
13:1 14:5,14
**know**  2:25 3:12,14
4:4,8,12,21,23,24
5:4,9,12,13,19
6:20,25 7:5,15 8:5
8:16,21 9:3,6,9,11
9:13,18,20,23,25
10:3,4,12,14,15,16
10:18,18 11:11,20
12:1,4,11,13,15,16
12:16,17,19,23,24
13:11,17,17 14:3,4

14:7 15:13,14,18
**knowledgeable**
14:15

**l**

**lackluster**  15:4
**landing**  6:5
**leave**  8:10
**ledanski**  16:3 17:6
**left**  4:22
**legacy**  1:13,13
3:18 6:4,5,9,10
10:12
**legacy's**  11:25
**legal**  16:11
**let's**  2:7,21 6:8
**levels**  3:15,18
**limited**  11:19
**link**  6:6,23
**list**  9:8,8,12 12:15
**listened**  17:6
**listings**  12:5
**little**  5:3,16,18 8:9
10:23 13:15
**loaded**  2:21
**locked**  11:19
**logged**  6:2
**look**  2:7 5:9,10,14
10:11,15,18
**looked**  9:25 11:11
**looking**  3:8 5:11
9:2 12:17
**lot**  11:3 13:5
**luck**  8:9

**m**

**m**  17:4,21
**main**  2:21
**managers**  10:11
**manages**  14:5
**marriage**  3:22

**max**  4:18
**maximum**  4:11
**mean**  10:22 12:5
12:25
**medical**  10:5 13:1
**member**  2:4,9
12:17
**mental**  3:17 5:20
7:13,17,19 8:5,6
8:11 9:2 15:3
**metro**  10:24
**miles**  8:16 10:22
10:25
**mine**  10:22
**mineola**  16:14
**mm**  3:2,7,11,19,24
4:7,17 6:22 7:3,9
8:2,13,25 13:3,10
14:16
**move**  6:25
**mri**  10:8

**n**

**n**  16:1
**name**  1:15 2:3,13
**narrow**  7:25 9:7
**narrowing**  8:23
**need**  10:8 14:19
15:17
**needed**  9:6,21
12:18
**needing**  15:17
**needs**  10:2,4
**network**  2:22,24
3:1 4:19 5:8 10:1
10:3,13,16,23
11:10,11,13,24
12:20 13:13
**nominate**  11:21
**notes**  14:1 17:8
**number**  14:12,21

**nurse**  10:10
**ny**  16:14

**o**

**o**  16:1
**obsessive**  3:21
**offer**  9:21
**offers**  8:5
**okay**  2:20 6:7,11
6:14 9:16 11:2,2
13:19 14:9,22
15:18,19
**old**  16:12
**once**  4:18 7:24
**ones**  14:2
**opinion**  12:20
**optimistic**  7:6
**options**  10:1 11:11
**oral**  17:7,12
**ordering**  9:23 14:3
**oregon**  2:19 5:8
17:5
**outside**  10:24
11:18 12:15

**p**

**pacificsource**  1:14
2:4 6:9
**pacificsource.com**
6:4,10
**page**  6:5
**pages**  17:10
**panel**  11:20
**panels**  11:25
**participating**  9:9
9:14
**patient**  4:9,21
**pay**  4:14,15
**people**  6:16 7:15
9:12
**percent**  3:9,10 4:9

Page 3

2/03/2017 Phone Call

[percentages - that's]

**percentages** 4:12
**person** 14:6
**phone** 1:15
**physician** 14:3
**pick** 4:4
**picks** 9:19
**piece** 4:9 9:15
**place** 4:6
**places** 9:21 10:20
**plan** 1:13 2:21,23
 3:15,18 11:9,18
**plans** 1:14
**play** 8:22 9:5
**pocket** 4:11,18
**point** 4:20,22 5:1
**pops** 3:25
**portland** 2:19
**possibly** 13:17
**posted** 15:15
**practitioner** 7:16
**pretty** 4:3 10:12
 11:19 13:5 15:4
**primary** 9:23
**probably** 14:6
**proceedings** 16:5
 17:8,12
**process** 12:3
**provider** 5:19 6:20
 6:20 9:24 11:24
 12:21 13:13,21,24
 14:4 15:16
**providers** 2:24
 5:10,21 7:13,18
 9:9 11:22 12:13
 13:6,25 14:12
**ps** 1:15
**psychiatric** 8:7
**public** 6:4
**pull** 2:12 5:15
**pulled** 2:8

**push** 9:19 10:20

**q**

**questions** 14:11

**r**

**r** 16:1 17:1
**radius** 8:16
**rainrock** 8:20 9:3
**raise** 12:24
**ran** 12:16
**range** 9:19 10:20
**reach** 4:5 13:23
 14:6
**really** 3:13 11:7,17
 12:6 13:14 14:13
**rec** 1:15
**record** 16:5 17:11
**recording** 17:6
**reduced** 17:9
**related** 3:21
**remaining** 5:5
**reporter** 17:5,22
**representation**
 8:19
**request** 9:23,24
 10:6,7 11:16
 13:16 14:8
**requests** 10:15
 13:24
**required** 4:2
**requirements** 3:5
**requires** 13:25
**residential** 2:5
 12:23 13:8,12
 14:8
**responsibility**
 4:10,22,25
**results** 7:7 8:17
 10:19 12:8
**right** 5:13,24 8:1
 9:10 11:9 13:20

 14:22 15:20,21
**riley** 1:11 2:15
**road** 16:12
**row** 7:11

**s**

**saying** 6:9
**says** 6:7
**scenario** 4:25
**schmitt** 17:4,21
**scroll** 7:18
**search** 7:7 8:9,14
 8:16,23 10:19,20
**second** 12:20
**section** 5:19 6:18
 7:14,20
**see** 3:4,13 6:8,19
 8:14,24 9:19
 10:21 11:12 12:18
 14:23
**seen** 14:4
**selected** 7:24 8:4
**selecting** 7:12
**service** 2:1 11:23
**services** 4:19 10:9
 10:16 14:18
**set** 10:22
**setting** 5:17
**sexual** 3:22
**sharing** 4:21
**she's** 13:20
**shorthand** 17:4,22
**show** 2:16 3:15,16
**shows** 3:20 5:20
**side** 14:8
**signature** 16:9
 17:20
**site** 6:4
**solutions** 16:11
**somebody** 10:21
**someday** 15:12,12

**sonya** 16:3 17:6
**sounds** 15:19
**southeast** 2:18
**space** 5:24
**specialist** 12:18
**specialized** 14:14
**specialty** 7:12,21
 8:1
**specific** 3:4 12:17
 12:18
**specifically** 10:10
**stamp** 17:14
**standard** 3:23
 13:5
**start** 7:2 13:22
 14:23
**started** 13:21
**status** 2:22 10:14
**step** 11:9,16 13:11
**strict** 10:12
**stuff** 11:3,7 13:18
 14:1
**suggest** 11:21
**suggesting** 12:13
**suite** 16:13
**supposed** 6:1
**sure** 2:7 5:23
**surgery** 10:8

**t**

**t** 16:1,1 17:1,1
**take** 2:7 6:13
**takes** 6:24
**talk** 14:12
**talking** 12:22
**testimony** 17:7,12
**text** 6:18
**thank** 2:20 15:21
**thanks** 15:20
**that's** 3:12 4:11,23
 12:4,6,8,12 14:5
 14:18

Page 4

2/03/2017 Phone Call

**[thereof - you've]**

**thereof**  17:13
**there's**  3:4 4:13,20
  4:20,21 5:4,7,17
  6:5,15,23 7:19
  9:20 10:21 11:1
  12:9 15:16
**they're**  9:14 10:3
  13:15,18 14:2
**they've**  10:13
  11:17,20 14:16
  14:10
**thing**  2:21 3:25 4:3
  7:22
**things**  5:16 12:12
  13:2 15:14
**think**  7:12 10:3
  11:3 12:12
**third**  7:11
**time**  8:19 14:25
**today**  5:2
**tom**  2:1,1,3,7,11
  2:16,20 3:3,8,12
  3:20,25 4:8,18
  5:13 6:2,10,12,15
  6:18,23 7:4,10,23
  8:3,14 9:1,18 11:2
  11:6 12:11 13:4
  13:11,23 14:10,17
  14:25 15:6,9,12,20
  15:23
**top**  6:16 7:16
**touch**  14:17
**town**  11:7
**transcribed**  17:7
**transcript**  16:4
  17:10
**treated**  10:7
**treatment**  2:6 5:9
  8:7,20 9:3,11
  12:23 13:9,12
**tried**  8:20

**true**  16:4 17:11
**trying**  11:21
**type**  10:1
**types**  7:16
**typewriting**  17:9

---

**u**

**uh**  5:7 12:3
**um**  5:7 9:16 15:12
**usually**  14:2

---

**v**

**v**  1:12
**vancouver**  17:14
**veritext**  16:11
**view**  9:20

---

**w**

**walk**  12:7
**want**  8:22 14:19
**wanted**  7:25 8:24
  12:7
**washington**  17:15
**way**  5:21 7:19
  11:17 12:3 13:6
**we'd**  11:11
**we'll**  3:4 5:14 7:7
**we're**  3:8 6:24 8:8
  9:1 11:19 12:22
  14:14 15:14
**we've**  2:24 9:25
  10:13 11:10,22,23
**what's**  12:1,5
**wish**  15:7
**witness**  17:14
**wondering**  2:5 5:7
**work**  11:8
**workflow**  12:18
  13:5
**working**  14:23
**works**  2:6
**worries**  5:6

**worry**  9:15
**worst**  4:24
**wouldn't**  9:15

---

**y**

**yeah**  2:10 5:6 6:12
  6:17,17 7:23 11:5
  12:9,11 13:19
  14:10 15:1,2,6,9
  15:12
**year**  4:12
**you'll**  3:13 6:19
**you're**  6:9 7:11
  12:6
**you've**  7:24 8:4
  9:13

Page 5