7/28/2017 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_002998_2017.07.28_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
1                LINDSAY:  This is Lindsay.  How can I
2    help you today?
3                JOSIE BOYLE:  Hi.  My daughter is in
4    drug and alcohol treatment and I'm calling to see
5    about benefits.
6                LINDSAY:  Okay.  Let's take a look.
7    And what is your name?
8                JOSIE BOYLE:  Josie Boyle.
9                LINDSAY:  And Josie, is this is good
10   callback number in case we get disconnected?
11               JOSIE BOYLE:  Yeah.
12               LINDSAY:  Perfect.  And then what is
13   the member ID number?
14               JOSIE BOYLE:  It is 200498139.
15               LINDSAY:  Thank you.  And then your
16   daughter's name and date of birth?
17               JOSIE BOYLE:  Riley Boyle, 8/15/2000.
18               LINDSAY:  Perfect.  And then your guys'
19   home address, please.
20               JOSIE BOYLE:  7015 Southeast 16th
21   Avenue, Portland, Oregon 97202.
22               LINDSAY:  Perfect.  Thank you.  And let
23   me just pull up Riley's information.  Okay.  I
24   show that you guys are on our Legacy Employee
25   Health Plan.
```

```
 1            JOSIE BOYLE:  Mm hmm.
 2            LINDSAY:  And she's currently in
 3   treatment right now, you said?
 4            JOSIE BOYLE:  Yeah.
 5            LINDSAY:  Okay.
 6            JOSIE BOYLE:  Outdoor therapy.
 7            LINDSAY:  Outdoor therapy?
 8            JOSIE BOYLE:  Mm hm.
 9            LINDSAY:  Let me pull them up.  Do they
10   have a different name possibly?
11            JOSIE BOYLE:  It's New Vision
12   Wilderness.
13            LINDSAY:  Oh, thank you.  New Vision
14   Wilderness.  There it is.  Okay.  So I do show
15   that they're non-participating, ineligible
16   providers.  I'm just doing a little bit of
17   research.  So thank you.
18            JOSIE BOYLE:  No worries.
19            LINDSAY:  And how long has she been
20   there for?
21            JOSIE BOYLE:  Uh...eight weeks.
22            LINDSAY:  Eight weeks.  Do you know if
23   they've billed any claims to us?
24            JOSIE BOYLE:  No.  They're not --
25   they'll give us a bill at the end of the -- we've
```

1  been paying them cash, and then they give us a
2  bill at the end.
3              LINDSAY:  I see.  Okay.  I'm just going
4  to look up one more thing.  I want to see if
5  there's an authorization on file because with
6  your guys' policy, there is -- if you guys see a
7  non-participating provider it's not covered
8  unless there's an out-of-network exception on
9  file.
10             So, I'm going to take a look and see if
11 we have anything.
12             JOSIE BOYLE:  I doubt it.
13             LINDSAY:  Yeah.  And I'm not showing a
14 prior authorization on file.  So as of right now,
15 if you were to submit those claims to us then we
16 would not pay them and we would deny them as a
17 non-participating provider.
18             JOSIE BOYLE:  Okay.  And then how do I
19 appeal that?  Or how do I get -- since she's
20 going to be there for a least a couple of more
21 weeks, can I get -- or is that she's already
22 there, that it doesn't matter?
23             LINDSAY:  Going forward, they can try
24 to request an out-of-network exception
25 absolutely.  They have 90 days to submit a retro

```
 1   authorization as well --
 2           JOSIE BOYLE:  Oh.
 3           LINDSAY:  -- so they can definitely do
 4   that retroactively, and hopefully some of the
 5   visits can be considered a little differently.
 6           JOSIE BOYLE:  They don't bill insurance
 7   at all, so it will be all on me.  So how do I go
 8   about seeking an authorization?
 9           LINDSAY:  Okay.  I don't know if that's
10   a possibility.  Let me put you on a brief hold.
11   I'm going to gather more information, okay?
12           JOSIE BOYLE:  Okay. Okay.
13           LINDSAY:  Okay, thank you.  Josie,
14   thank you so much for holding.  I do apologize
15   about that.
16           JOSIE BOYLE:  No worries.
17           LINDSAY:  After making a few phone
18   calls, the -- let me start from the beginning.
19   So, New Vision Wilderness in our system, they
20   show as ineligible providers.
21           JOSIE BOYLE:  Uh-huh.
22           LINDSAY:  So those claims would process
23   and deny as the provider being ineligible.
24           JOSIE BOYLE:  Uh-huh.
25           LINDSAY:  And then what you would do is
```

Page 5

1   you can submit an appeal after you receive that
2   denial --
3            JOSIE BOYLE:  Okay.
4            LINDSAY:  -- to appeal the decision and
5   see if we can get it processed towards your
6   participating benefits.
7            JOSIE BOYLE:  Gotcha.  And so she'll be
8   there about 90 days, does that still apply, the
9   90-day cutoff?
10           LINDSAY:  Yeah.  So that -- so it'll be
11  se -- completely separate from that retro prior
12  authorization.
13           JOSIE BOYLE:  Oh, okay.  Okay.
14           LINDSAY:  With the appeal, you have 180
15  days from the determination of the claim.  So,
16  typically what will probably end up happening is
17  Riley will be released back into your care and
18  you will receive all of the information from New
19  Vision Wilderness Center.
20           JOSIE BOYLE:  Uh-huh.  Uh-huh.
21           LINDSAY:  You'll submit that.  We will
22  take a look at it, we'll deny it.  And then from
23  that denial date, you have 180 days for the
24  appeal.
25           JOSIE BOYLE:  Gotcha.  And then she

7/28/2017 Phone Call

1   isn't actually coming home.  She's going to go to
2   boarding school, uh...therapeutic boarding school
3   from there.  So, how would we go about getting
4   preauthorization for that or attempting to get
5   preauthorization I should say?
6           LINDSAY:  That's a good question.  I
7   honestly don't know, that's not something that
8   I've come across before.  So, therapeutic
9   boarding school.  I don't know --
10          JOSIE BOYLE:  There was somebody that
11  got ahold of me from PacificSource --
12          LINDSAY:  Uh-huh.
13          JOSIE BOYLE:  -- that was -- that was
14  from Eugene.  I don't know her name or anything.
15  It was because my daughter has been hospitalized
16  twice this last year for psychiatric reasons.
17          LINDSAY:  Okay.
18          JOSIE BOYLE:  So, somebody like a -- an
19  advisor or something called me from
20  PacificSource.
21          LINDSAY:  Uh-huh.
22          JOSIE BOYLE:  I think it was like a
23  nurse to help, really, to talk to me about her
24  therapy and what was needed and what wasn't
25  needed.  And we played phone tag for quite a

Page 7

```
 1   while, we never could get ahold of each other.
 2             LINDSAY:  Okay.
 3             JOSIE BOYLE:  I wonder if that's the
 4   person I need to talk to.
 5             LINDSAY:  I'm looking through the
 6   previous call logs.
 7             JOSIE BOYLE:  It would be back in, I
 8   think, March -- February, March.
 9             LINDSAY:  February, March.  Okay.  Let
10   me see what I can find.  I'm just going through
11   the call logs, so thank you for being patient.
12             JOSIE BOYLE:  Oh, no worries.  You take
13   your time.  It's fine.
14             LINDSAY:  And do you know what the
15   boarding school is called?
16             JOSIE BOYLE:  We haven't chosen one
17   yet.
18             LINDSAY:  Okay.
19             JOSIE BOYLE:  We're working with a
20   consulting firm to find one for us.
21             LINDSAY:  Okay.  Good.  Okay, let's
22   see.  I'm going to put you on one more hold
23   because I'm going to gather you some more
24   information, okay?  Is that okay?
25             JOSIE BOYLE:  Yeah, yeah.
```

7/28/2017 Phone Call

```
1         LINDSAY:  All right.  Thank you.
2         JOSIE BOYLE:  Yeah.
3         LINDSAY:  Thank you so much for
4    holding.  So, I spoke with Tom in our department.
5    He's in the customer service department
6    (indiscernible).  He pretty much knows the Legacy
7    policy inside and out.
8         JOSIE BOYLE:  Mm hmm.
9         LINDSAY:  And I let him know about what
10   was going on, how Riley is currently in the New
11   Vision Wilderness Treatment Center, and then the
12   boarding school.
13        JOSIE BOYLE:  Uh huh.  Yes.
14        LINDSAY:  And he doesn't think that
15   this is something that would be eligible under
16   medical expenses --
17        JOSIE BOYLE:  Mm hmm.
18        LINDSAY:  -- for, like, the tuition of
19   the boarding school.
20        JOSIE BOYLE:  Mm hmm.
21        LINDSAY:  However, if your daughter was
22   going to go there she needs to establish with a
23   physical or -- I'm sorry -- with a therapist,
24   like a counselor or somebody --
25        JOSIE BOYLE:  Yeah.
```

Page 9

```
 1                LINDSAY:  -- then that specific
 2   counselor could request an out-of-network
 3   exception so that way those visits would be
 4   covered at the 80/20.  So they'd be processed as
 5   participating if that out-of-network exception
 6   was approved.
 7                JOSIE BOYLE:  Gotcha.
 8                LINDSAY:  So she could get established
 9   with the doctors in order to, like, continue her
10   care over there, but the boarding school itself
11   would not be eligible.
12                JOSIE BOYLE:  But the therapy
13   administered by the boarding school, maybe?
14                LINDSAY:  Yes, yes, yeah maybe --
15                JOSIE BOYLE:  Right.
16                LINDSAY:  -- depending on the doctor
17   and if that doctor can submit that authorization.
18                JOSIE BOYLE:  Oh, okay.  Because she
19   gets therapy three days a week at New Vision as
20   well.  So we'll see if there's a possibility that
21   some of that would be covered.  And I'll send --
22   I'll send a bill with all the ICD-10 codes and
23   times and all that kind of stuff.
24                LINDSAY:  Yeah, the ICD-10 codes --
25                JOSIE BOYLE:  Okay.
```

Page 10

```
1              LINDSAY:  -- CPT.  And you sound like
2    you know what you're looking for.
3              JOSIE BOYLE:  Yeah.
4              LINDSAY:  Yes, yes.  So definitely once
5    you do receive all of the claims and everything
6    and all the information from New Vision
7    Wilderness --
8              JOSIE BOYLE:  Okay.
9              LINDSAY:  -- send it in to us, it'll be
10   reviewed and, like I said, it will come back to
11   you denied --
12             JOSIE BOYLE:  Right, right.
13             LINDSAY:  -- and then you can start
14   that appeal process.
15             JOSIE BOYLE:  Okay.  I just wanted to
16   make sure that I didn't need any kind of
17   preauthorization for the boarding school.  But
18   what it sounds like is that the boarding school
19   wouldn't be covered.
20             LINDSAY:  Mm hmm.
21             JOSIE BOYLE:  It's just the therapy
22   that's administered at the boarding school may be
23   covered, but I don't necessarily need a
24   preauthorization for that.
25             LINDSAY:  Yeah.  And you would just
```

```
 1  need an out-of-network exception.  Yeah, and so -
 2  -
 3              JOSIE BOYLE:  So do I have to get that
 4  before she goes or I can get that while she's
 5  there?
 6              LINDSAY:  You can try to get it while
 7  she's there.  I would advise if you -- once you
 8  guys decide where you want her to go --
 9              JOSIE BOYLE:  Uh-huh.
10              LINDSAY:  -- call the place, call the
11  facility and talk to whoever the counselor is
12  who's going to be providing the therapy.
13              JOSIE BOYLE:  Mm hmm.
14              LINDSAY:  And then have them start the
15  out-of-network exception prior --
16              JOSIE BOYLE:  Okay.
17              LINDSAY -- to her actually arriving.
18  That way, as soon as she gets there, if he's --
19  he or she is going to bill for those therapy
20  sessions --
21              JOSIE BOYLE:  Okay.
22              LINDSAY:  -- we already have that out-
23  of-network exception on file and we won't leave
24  anything up to chance.
25              JOSIE BOYLE:  Okay.
```

Page 12

```
 1                LINDSAY:  And then while she's
 2   currently in New Vision, would it be helpful for
 3   her therapist to call to try and get an
 4   authorization now?
 5                LINDSAY:  Yeah, absolutely.  If you
 6   have that therapist's number, and they want to
 7   call us and submit that out-of-network exception
 8   --
 9                JOSIE BOYLE:  Okay.
10                LINDSAY:  -- that might be something
11   that would help you guys with possibly getting
12   the claims paid --
13                JOSIE BOYLE:  Okay.
14                LINDSAY:  -- or at least a portion of
15   them, you know, depending on --
16                JOSIE BOYLE:  Does she call this number
17   or what number does she call?
18                LINDSAY:  Yes.  She can call the
19   customer service line and we can direct her to
20   the prior authorization form for that out-of-
21   network exception.
22                JOSIE BOYLE:  Out-of-network exception,
23   that's the key phrase, huh?
24                LINDSAY:  Yes.  Yeah, it --
25                JOSIE BOYLE:  Okay.
```

```
 1              LINDSAY:  The thing that's difficult is
 2    we don't have a specific form that states out-of-
 3    network exception, it's just our prior auth form.
 4              JOSIE BOYLE:  Okay.
 5              LINDSAY:  And then the provider has to
 6    write that this is an out-of-network exception.
 7              JOSIE BOYLE:  Okay.  Got it.
 8              LINDSAY:  So we'll explain that to the
 9    therapist, as soon as she calls us, we'll help
10    walk her through how to submit that to us.
11              JOSIE BOYLE:  Okay.  Thank you so much
12    for your help.
13              LINDSAY:  Of course.  I'm sorry, I wish
14    I could be more helpful.
15              JOSIE BOYLE:  Oh, it's -- it's --this
16    whole process -- this whole last year has been a
17    process of discovery, so you're doing fine.
18              LINDSAY:  Okay.  Well, if you come up
19    with any other questions or you need any
20    assistance, don't hesitate to give us a call.
21              JOSIE BOYLE:  Okay.  Thank you so much.
22              LINDSAY:  All right.  Thank you.  Have
23    a good day.
24              JOSIE BOYLE:  All right.  Bye-bye.
25              LINDSAY:  Bye.
```

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8   _____
 9   Sonya M. Ledanski Hyde
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:   May 11, 2021
```

```
 1                  C E R T I F I C A T E
 2
 3
 4         I, Janette M. Schmitt, a Certified Shorthand
 5   Reporter for Oregon, do hereby certify that after having
 6   listened to an audio recording, that Sonya Ledanski Hyde
 7   transcribed all testimony adduced and other oral
 8   proceedings had, and that thereafter her notes were
 9   reduced to typewriting under her direction; and that the
10   foregoing transcript, pages 1 to 15, both inclusive,
11   constitutes a full, true and accurate record of all such
12   testimony adduced and oral proceedings had, and of the
13   whole thereof.
14            Witness my hand and CSR stamp at Vancouver,
15   Washington, this 11th day of May, 2021.
16
17
18
19
20
21
                   JANETTE M. SCHMITT
22                 Certified Shorthand Reporter
                   Certificate No. 90-0093
23                 Expiration Date:  6/30/2023
24
25
```

Page 16

**[002998 - determination]**

| 0 | accurate 15:4 16:11 | 3:24 4:12,18 5:2,6 5:12,16,21,24 6:3 | considered 5:5 constitutes 16:11 |
|---|---|---|---|
| 002998 1:15 | address 2:19 | 6:7,13,20,25 7:10 | consulting 8:20 |
| **1** | adduced 16:7,12 | 7:13,18,22 8:3,7 | continue 10:9 |
| 1 16:10 | administered | 8:12,16,19,25 9:2 | counselor 9:24 |
| 10 10:22,24 | 10:13 11:22 | 9:8,13,17,20,25 | 10:2 12:11 |
| 11 15:16 | advise 12:7 | 10:7,12,15,18,25 | country 15:12 |
| 11501 15:14 | advisor 7:19 | 11:3,8,12,15,21 | couple 4:20 |
| 11th 16:15 | ahold 7:11 8:1 | 12:3,9,13,16,21,25 | course 14:13 |
| 12151 15:9 | alcohol 2:4 | 13:9,13,16,22,25 | covered 4:7 10:4 |
| 15 16:10 | apologize 5:14 | 14:4,7,11,15,21,24 | 10:21 11:19,23 |
| 16th 2:20 | appeal 4:19 6:1,4 | boyle.wav 1:16 | cpt 11:1 |
| 180 6:14,23 | 6:14,24 11:14 | brief 5:10 | csr 16:14 |
| **2** | apply 6:8 | bye 14:24,24,25 | currently 3:2 9:10 |
| 200498139 2:14 | approved 10:6 | **c** | 13:2 |
| 2017.07.28 1:15 | arriving 12:17 | c 15:1,1 16:1,1 | customer 9:5 13:19 |
| 2021 15:16 16:15 | assistance 14:20 | call 1:16 8:6,11 | cutoff 6:9 |
| 25057 16:20 | attempting 7:4 | 12:10,10 13:3,7,16 | **d** |
| **3** | audio 16:6 | 13:17,18 14:20 | date 2:16 6:23 |
| 300 15:13 | auth 14:3 | callback 2:10 | 15:16 16:23 |
| 330 15:12 | authorization 4:5 | called 7:19 8:15 | daughter 2:3 7:15 |
| **5** | 4:14 5:1,8 6:12 | calling 2:4 | 9:21 |
| 504 1:13 | 10:17 13:4,20 | calls 5:18 14:9 | daughter's 2:16 |
| **6** | avenue 2:21 | care 6:17 10:10 | day 6:9 14:23 |
| 6/30/2023 16:23 | **b** | case 2:10 | 16:15 |
| **7** | back 6:17 8:7 | cash 4:1 | days 4:25 6:8,15 |
| 7015 2:20 | 11:10 | center 6:19 9:11 | 6:23 10:19 |
| **8** | beginning 5:18 | certificate 16:22 | decide 12:8 |
| 8/15/2000 2:17 | benefits 2:5 6:6 | certified 16:4,22 | decision 6:4 |
| 80/20 10:4 | bill 3:25 4:2 5:6 | certify 15:3 16:5 | definitely 5:3 11:4 |
| **9** | 10:22 12:19 | chance 12:24 | denial 6:2,23 |
| 90 4:25 6:8,9 | billed 3:23 | chosen 8:16 | denied 11:11 |
| 90-0093 16:22 | birth 2:16 | claim 6:15 | deny 4:16 5:23 |
| 97202 2:21 | bit 3:16 | claims 3:23 4:15 | 6:22 |
| **a** | boarding 7:2,2,9 | 5:22 11:5 13:12 | department 9:4,5 |
| absolutely 4:25 | 8:15 9:12,19 | codes 10:22,24 | depending 10:16 |
| 13:5 | 10:10,13 11:17,18 | come 7:8 11:10 | 13:15 |
| | 11:22 | 14:18 | determination |
| | boyle 1:11 2:3,8,8 | coming 7:1 | 6:15 |
| | 2:11,14,17,17,20 | completely 6:11 | |
| | 3:1,4,6,8,11,18,21 | | |

7/28/2017 Phone Call

**[didn't - listened]**

| | | | |
|---|---|---|---|
| **didn't** 11:16 | **fine** 8:13 14:17 | **hold** 5:10 8:22 | 7:13,18,22 8:3,7 |
| **different** 3:10 | **firm** 8:20 | **holding** 5:14 9:4 | 8:12,16,19,25 9:2 |
| **differently** 5:5 | **foregoing** 15:4 | **home** 2:19 7:1 | 9:8,13,17,20,25 |
| **difficult** 14:1 | 16:10 | **honestly** 7:7 | 10:7,12,15,18,25 |
| **direct** 13:19 | **form** 13:20 14:2,3 | **hopefully** 5:4 | 11:3,8,12,15,21 |
| **direction** 16:9 | **forward** 4:23 | **hospitalized** 7:15 | 12:3,9,13,16,21,25 |
| **disc** 1:15 | **full** 16:11 | **huh** 5:21,24 6:20 | 13:9,13,16,22,25 |
| **disconnected** 2:10 | **g** | 6:20 7:12,21 9:13 | 14:4,7,11,15,21,24 |
| **discovery** 14:17 | **gather** 5:11 8:23 | 12:9 13:23 | **k** |
| **doctor** 10:16,17 | **getting** 7:3 13:11 | **hyde** 15:3 16:6 | **key** 13:23 |
| **doctors** 10:9 | **give** 3:25 4:1 14:20 | **i** | **kind** 10:23 11:16 |
| **doesn't** 4:22 9:14 | **go** 5:7 7:1,3 9:22 | **icd** 10:22,24 | **know** 3:22 5:9 7:7 |
| **doing** 3:16 14:17 | 12:8 | **inclusive** 16:10 | 7:9,14 8:14 9:9 |
| **don't** 5:6,9 7:7,9 | **goes** 12:4 | **indiscernible** 9:6 | 11:2 13:15 |
| 7:14 11:23 14:2 | **going** 4:3,10,20,23 | **ineligible** 3:15 | **knows** 9:6 |
| 14:20 | 5:11 7:1 8:10,22 | 5:20,23 | **l** |
| **doubt** 4:12 | 8:23 9:10,22 | **information** 2:23 | **leave** 12:23 |
| **drug** 2:4 | 12:12,19 | 5:11 6:18 8:24 | **ledanski** 15:3 16:6 |
| **e** | **good** 2:9 7:6 8:21 | 11:6 | **legacy** 1:13,13 |
| **e** 15:1 16:1,1 | 14:23 | **inside** 9:7 | 2:24 9:6 |
| **eight** 3:21,22 | **gotcha** 6:7,25 10:7 | **insurance** 5:6 | **legal** 15:11 |
| **eligible** 9:15 10:11 | **guys** 2:24 4:6 12:8 | **isn't** 7:1 | **let's** 2:6 8:21 |
| **employee** 2:24 | 13:11 | **it'll** 6:10 | **lindsay** 2:1,1,6,9 |
| **establish** 9:22 | **guys'** 2:18 4:6 | **it'll** 11:9 | 2:12,15,18,22 3:2 |
| **established** 10:8 | **h** | **it's** 3:11 11:21 | 3:5,7,9,13,19,22 |
| **eugene** 7:14 | **hand** 16:14 | 14:3 | 4:3,13,23 5:3,9,13 |
| **exception** 4:8,24 | **happening** 6:16 | **i'll** 10:21,22 | 5:17,22,25 6:4,10 |
| 10:3,5 12:1,15,23 | **haven't** 8:16 | **i'm** 2:4 3:16 4:3,10 | 6:14,21 7:6,12,17 |
| 13:7,21,22 14:3,6 | **health** 1:13,13,14 | 4:13 5:11 8:5,10 | 7:21 8:2,5,9,14,18 |
| **expenses** 9:16 | 2:25 | 8:22,23 9:23 | 8:21 9:1,3,9,14,18 |
| **expiration** 16:23 | **help** 2:2 7:23 | 14:13 | 9:21 10:1,8,14,16 |
| **explain** 14:8 | 13:11 14:9,12 | **i've** 7:8 | 10:24 11:1,4,9,13 |
| **f** | **helpful** 13:2 14:14 | **j** | 11:20,25 12:6,10 |
| **f** 15:1 16:1 | **hesitate** 14:20 | **janette** 16:4,21 | 12:14,17,22 13:1,5 |
| **facility** 12:11 | **he's** 9:5 12:18 | **josie** 2:3,8,8,9,11 | 13:10,14,18,24 |
| **february** 8:8,9 | **hi** 2:3 | 2:14,17,20 3:1,4,6 | 14:1,5,8,13,18,22 |
| **file** 1:15 4:5,9,14 | **hm** 3:8 | 3:8,11,18,21,24 | 14:25 |
| 12:23 | **hmm** 3:1 9:8,17,20 | 4:12,18 5:2,6,12 | **line** 13:19 |
| **find** 8:10,20 | 11:20 12:13 | 5:13,16,21,24 6:3 | **listened** 16:6 |
| | | 6:7,13,20,25 7:10 | |

little 3:16 5:5
logs 8:6,11
long 3:19
look 2:6 4:4,10
  6:22
looking 8:5 11:2

**m**

m 16:4,21
making 5:17
march 8:8,8,9
matter 4:22
medical 9:16
member 2:13
mineola 15:14
mm 3:1,8 9:8,17
  9:20 11:20 12:13

**n**

n 15:1
name 1:15 2:7,16
  3:10 7:14
necessarily 11:23
need 8:4 11:16,23
  12:1 14:19
needed 7:24,25
needs 9:22
network 4:8,24
  10:2,5 12:1,15,23
  13:7,21,22 14:3,6
never 8:1
new 3:11,13 5:19
  6:18 9:10 10:19
  11:6 13:2
non 3:15 4:7,17
notes 16:8
number 2:10,13
  13:6,16,17
nurse 7:23
ny 15:14

**o**

o 15:1
oh 3:13 5:2 6:13
  8:12 10:18 14:15
okay 2:6,23 3:5,14
  4:3,18 5:9,11,12
  5:12,13 6:3,13,13
  7:17 8:2,9,18,21
  8:21,24,24 10:18
  10:25 11:8,15
  12:16,21,25 13:9
  13:13,25 14:4,7,11
  14:18,21
old 15:12
once 11:4 12:7
oral 16:7,12
order 10:9
oregon 2:21 16:5
outdoor 3:6,7

**p**

pacificsource 1:14
  7:11,20
pages 16:10
paid 13:12
participating 3:15
  4:7,17 6:6 10:5
patient 8:11
pay 4:16
paying 4:1
perfect 2:12,18,22
person 8:4
phone 1:15 5:17
  7:25
phrase 13:23
physical 9:23
place 12:10
plan 1:13 2:25
plans 1:14
played 7:25

please 2:19
policy 4:6 9:7
portion 13:14
portland 2:21
possibility 5:10
  10:20
possibly 3:10
  13:11
preauthorization
  7:4,5 11:17,24
pretty 9:6
previous 8:6
prior 4:14 6:11
  12:15 13:20 14:3
probably 6:16
proceedings 15:5
  16:8,12
process 5:22 11:14
  14:16,17
processed 6:5 10:4
provider 4:7,17
  5:23 14:5
providers 3:16
  5:20
providing 12:12
ps 1:15
psychiatric 7:16
pull 2:23 3:9
put 5:10 8:22

**q**

question 7:6
questions 14:19
quite 7:25

**r**

r 15:1 16:1
really 7:23
reasons 7:16
rec 1:15
receive 6:1,18 11:5

record 15:5 16:11
recording 16:6
reduced 16:9
released 6:17
reporter 16:5,22
request 4:24 10:2
research 3:17
retro 4:25 6:11
retroactively 5:4
reviewed 11:10
right 3:3 4:14 9:1
  10:15 11:12,12
  14:22,24
riley 1:11 2:17
  6:17 9:10
riley's 2:23
road 15:12

**s**

schmitt 16:4,21
school 7:2,2,9 8:15
  9:12,19 10:10,13
  11:17,18,22
se 6:11
see 2:4 4:3,4,6,10
  6:5 8:10,22 10:20
seeking 5:8
send 10:21,22 11:9
separate 6:11
service 9:5 13:19
sessions 12:20
she'll 6:7
she's 3:2 4:19,21
  7:1 12:4,7 13:1
shorthand 16:4,22
show 2:24 3:14
  5:20
showing 4:13
signature 15:9
  16:20
solutions 15:11

**[somebody - you're]**

| | | |
|---|---|---|
| somebody 7:10,18 9:24 | thereof 16:13 | **w** |
| sonya 15:3 16:6 | there's 4:5,8 10:20 | walk 14:10 |
| soon 12:18 14:9 | they'd 10:4 | want 4:4 12:8 13:6 |
| sorry 9:23 14:13 | they'll 3:25 | wanted 11:15 |
| sound 11:1 | they're 3:15,24 | washington 16:15 |
| sounds 11:18 | they've 3:23 | wasn't 7:24 |
| southeast 2:20 | thing 4:4 14:1 | way 10:3 12:18 |
| specific 10:1 14:2 | think 7:22 8:8 9:14 | week 10:19 |
| spoke 9:4 | three 10:19 | weeks 3:21,22 4:21 |
| stamp 16:14 | time 8:13 | we'll 6:22 10:20 14:8,9 |
| start 5:18 11:13 12:14 | times 10:23 | we're 8:19 |
| states 14:2 | today 2:2 | we've 3:25 |
| stuff 10:23 | tom 9:4 | who's 12:12 |
| submit 4:15,25 6:1 6:21 10:17 13:7 14:10 | transcribed 16:7 | wilderness 3:12,14 5:19 6:19 9:11 11:7 |
| suite 15:13 | transcript 15:4 16:10 | wish 14:13 |
| sure 11:16 | treatment 2:4 3:3 9:11 | witness 16:14 |
| system 5:19 | true 15:4 16:11 | wonder 8:3 |
| **t** | try 4:23 12:6 13:3 | won't 12:23 |
| t 15:1,1 16:1,1 | tuition 9:18 | working 8:19 |
| tag 7:25 | twice 7:16 | worries 3:18 5:16 8:12 |
| take 2:6 4:10 6:22 8:12 | typewriting 16:9 | wouldn't 11:19 |
| talk 7:23 8:4 12:11 | typically 6:16 | write 14:6 |
| testimony 16:7,12 | **u** | **y** |
| thank 2:15,22 3:13 3:17 5:13,14 8:11 9:1,3 14:11,21,22 | uh 3:21 5:21,24 6:20,20 7:2,12,21 9:13 12:9 | yeah 2:11 3:4 4:13 6:10 8:25,25 9:2 9:25 10:14,24 11:3,25 12:1 13:5 13:24 |
| that's 5:9 7:6,7 8:3 11:22 13:23 14:1 | **v** | year 7:16 14:16 |
| therapeutic 7:2,8 | v 1:12 | you'll 6:21 |
| therapist 9:23 13:3 14:9 | vancouver 16:14 | you're 11:2 14:17 |
| therapist's 13:6 | veritext 15:11 | |
| therapy 3:6,7 7:24 10:12,19 11:21 12:12,19 | vision 3:11,13 5:19 6:19 9:11 10:19 11:6 13:2 | |
| | visits 5:5 10:3 | |