8/16/2017 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_002999_2017.08.16_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                              Page 1
```

8/16/2017 Phone Call

1      RITA:  This is Rita.  How can I help
2  you?
3      HEATHER:  Rita, my name is Heather.
4  I'm calling from a facility to verify benefits,
5  if I may.
6      RITA:  Of course.  What office are you
7  calling from?
8      HEATHER:  This is Solacium in New
9  Haven.  We're actually in Utah.
10     RITA:  Okay.  And what's a good call
11 back phone number for you?
12     HEATHER:  Direct, 435-229-5498.
13     RITA:  And the member's ID, please.
14     HEATHER:  I show it as being 200498139.
15     RITA:  Member's name and date of birth.
16     HEATHER:  For Riley Boyle.
17     RITA:  And let me just double-check
18 her.
19     HEATHER:  8/15/2000.
20     RITA:  Perfect.  Let me just get this
21 plan pulled up here.
22     HEATHER:  Sure.  Thanks.
23     RITA:  Okay.  So I do show member
24 effective 1/1/2017 on our medical Legacy Employee
25 Health Plan and still current.  Would you like me

Page 2

```
 1   to double-check you guys are in-network with the
 2   Legacy plan?
 3           HEATHER:  Oh, I already know we're out.
 4           RITA:  Okay.  And what type of service
 5   is it for?
 6           HEATHER:  Residential mental health
 7   out-of-network.
 8           RITA:  So for out of network, there's
 9   no coverage.
10           HEATHER:  No out-of-network?
11           RITA:  No.
12           HEATHER:  Okay.  That's why we call in
13   advance.
14           RITA: Yes.
15           HEATHER:  I appreciate it.  Thank you.
16           RITA:  Yeah, definitely.  You're
17   welcome.  You have a wonderful day.
18           HEATHER:  All right, Rita.  You too.
19           RITA:  Bye-bye.
20           HEATHER:  Bye.
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8
 9   _____
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:  May 11, 2021
17
18
19
20
21
22
23
24
25
```

Page 4

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 4, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Expiration Date: 6/30/2023

Page 5

8/16/2017 Phone Call

**[002999 - residential]**

| 0 | b | file 1:15 | n |
|---|---|---|---|
| **002999** 1:15 | **back** 2:11 | **foregoing** 4:4 5:10 | **n** 4:1 |
| **1** | **benefits** 2:4 | **full** 5:11 | **name** 1:15 2:3,15 |
| **1** 5:10 | **birth** 2:15 | **g** | **network** 3:1,7,8 |
| **1/1/2017** 2:24 | **boyle** 1:11 2:16 | **good** 2:10 | 3:10 |
| **11** 4:16 | **boyle.wav** 1:16 | **guys** 3:1 | **new** 2:8 |
| **11501** 4:14 | **bye** 3:19,19,20 | **h** | **notes** 5:8 |
| **11th** 5:15 | **c** | **hand** 5:14 | **number** 2:11 |
| **12151** 4:9 | **c** 4:1,1 5:1,1 | **haven** 2:9 | **ny** 4:14 |
| **2** | **call** 1:16 2:10 3:12 | **health** 1:13,13,14 | **o** |
| **200498139** 2:14 | **calling** 2:4,7 | 2:25 3:6 | **o** 4:1 |
| **2017.08.16** 1:15 | **certificate** 5:22 | **heather** 2:3,3,8,12 | **office** 2:6 |
| **2021** 4:16 5:15 | **certified** 5:4,22 | 2:14,16,19,22 3:3 | **oh** 3:3 |
| **25057** 5:20 | **certify** 4:3 5:5 | 3:6,10,12,15,18,20 | **okay** 2:10,23 3:4 |
| **3** | **check** 2:17 3:1 | **help** 2:1 | 3:12 |
| **300** 4:13 | **constitutes** 5:11 | **hyde** 4:3 5:6 | **old** 4:12 |
| **330** 4:12 | **country** 4:12 | **i** | **oral** 5:7,12 |
| **4** | **course** 2:6 | **inclusive** 5:10 | **oregon** 5:5 |
| **4** 5:10 | **coverage** 3:9 | **i'm** 2:4 | **p** |
| **435-229-5498** 2:12 | **csr** 5:14 | **j** | **pacificsource** 1:14 |
| **5** | **current** 2:25 | **janette** 5:4,21 | **pages** 5:10 |
| **504** 1:13 | **d** | **k** | **perfect** 2:20 |
| **6** | **date** 2:15 4:16 | **know** 3:3 | **phone** 1:15 2:11 |
| **6/30/2023** 5:23 | 5:23 | **l** | **plan** 1:13 2:21,25 |
| **8** | **day** 3:17 5:15 | **ledanski** 4:3 5:6 | 3:2 |
| **8/15/2000** 2:19 | **definitely** 3:16 | **legacy** 1:13,13 | **plans** 1:14 |
| **9** | **direct** 2:12 | 2:24 3:2 | **please** 2:13 |
| **90-0093** 5:22 | **direction** 5:9 | **legal** 4:11 | **proceedings** 4:5 |
| **a** | **disc** 1:15 | **listened** 5:6 | 5:8,12 |
| **accurate** 4:4 5:11 | **double** 2:17 3:1 | **m** | **ps** 1:15 |
| **adduced** 5:7,12 | **e** | **m** 5:4,21 | **pulled** 2:21 |
| **advance** 3:13 | **e** 4:1 5:1,1 | **medical** 2:24 | **r** |
| **appreciate** 3:15 | **effective** 2:24 | **member** 2:23 | **r** 4:1 5:1 |
| **audio** 5:6 | **employee** 2:24 | **member's** 2:13,15 | **rec** 1:15 |
| | **expiration** 5:23 | **mental** 3:6 | **record** 4:5 5:11 |
| | **f** | **mineola** 4:14 | **recording** 5:6 |
| | **f** 4:1 5:1 | | **reduced** 5:9 |
| | **facility** 2:4 | | **reporter** 5:5,22 |
| | | | **residential** 3:6 |

Page 1

**[right - you're]**

| | |
|---|---|
| right    3:18<br>riley    1:11  2:16<br>rita    2:1,1,3,6,10<br>   2:13,15,17,20,23<br>   3:4,8,11,14,16,18<br>   3:19<br>road    4:12 | verify    2:4<br>veritext    4:11 |
| **s** | **w** |
| schmitt    5:4,21<br>service    3:4<br>shorthand    5:4,22<br>show    2:14,23<br>signature    4:9  5:20<br>solacium    2:8<br>solutions    4:11<br>sonya    4:3  5:6<br>stamp    5:14<br>suite    4:13<br>sure    2:22 | washington    5:15<br>welcome    3:17<br>we're    2:9  3:3<br>what's    2:10<br>witness    5:14<br>wonderful    3:17 |
| | **y** |
| | yeah    3:16<br>you're    3:16 |
| **t** | |
| t    4:1,1  5:1,1<br>testimony    5:7,12<br>thank    3:15<br>thanks    2:22<br>that's    3:12<br>thereof    5:13<br>there's    3:8<br>transcribed    5:7<br>transcript    4:4<br>   5:10<br>true    4:4  5:11<br>type    3:4<br>typewriting    5:9 | |
| **u** | |
| utah    2:9 | |
| **v** | |
| v    1:12<br>vancouver    5:14 | |

Page 2