8/17/2017 Phone Call

RILEY BOYLE

v.

LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and

PACIFICSOURCE HEALTH PLANS

File Name:  disc rec_PS_003000_2017.08.17_Phone Call_Boyle.wav

Page 1

Schmitt Reporting and Video, A Veritext Company
503-245-4552

1        PAM:  Customer service.  This is Pam.
2   How can I help you?
3        JOSIE BOYLE:  Hi, Pam.  My name is
4   Josie.  I'm a client of yours, and I need to talk
5   to somebody about my daughter being out-of-
6   network.
7        PAM:  Okay.  And can I get your member
8   ID number?
9        JOSIE BOYLE:  You know, I don't know
10  it, and I don't -- I can't find my card.
11       PAM:  Okay.  Are you the member then?
12       JOSIE BOYLE:  Yeah.
13       PAM:  And how do you spell your name?
14       JOSIE BOYLE:  Josie, J-O-S-I-E, last
15  name is Boyle, B-O-Y-L-E.
16       PAM:  And your birth date?
17       JOSIE BOYLE:  7/24/73.
18       PAM:  And your address?
19       JOSIE BOYLE:  7015 Southeast 16th
20  Avenue, Portland, Oregon 97202.
21       PAM:  Okay.  So I've got you up here.
22  It looks you're on the Legacy Employee Health
23  Plan.
24       JOSIE BOYLE:  Yeah.
25       PAM:  Okay.  And what can I help you

```
 1   with?
 2           JOSIE BOYLE:  Well, my daughter is in
 3   residential treatment in Salt Lake City and
 4   she'll be there for the next year.  And so she'll
 5   need, like primary care and emergent care and
 6   whatever she needs.  Um...and they are wanting to
 7   fill her prescriptions through their program, I
 8   just didn't know how that worked.
 9           PAM:  Okay.  And what is your
10   daughter's name and birth date?
11           JOSIE BOYLE:  Riley Boyle, 8/15/2000.
12           PAM:  Okay.  I'll get her up here.  You
13   said it's for residential treatment?
14           JOSIE BOYLE:  Yeah, for a dual
15   diagnosis.
16           PAM:  Okay.  Well, on your benefits, it
17   looks like uh...for residential treatment, you
18   would have -- she'd have to use a provider that's
19   in-network for it to be covered.
20           JOSIE BOYLE:  I'm not asking for
21   permission for the residential treatment or for
22   that to be reimbursed.  I'm just asking for
23   um...she won't be able to come to her primary
24   care doctor while she's there.  So I'm just
25   asking for approval for her to see a primary care
```

```
 1  provider in Utah while she's there.
 2          PAM:  Okay.  For your policy, it would
 3  have to be -- it would have to be pre-authorized.
 4          JOSIE BOYLE:  Right.
 5          PAM:  So the provider would need to
 6  submit a prior authorization to see if they would
 7  accept that provider.
 8          JOSIE BOYLE:  Every single time she
 9  goes to see somebody?
10          PAM:  Well, it depends on the
11  authorization.  If there's like a set treatment
12  plan, like she's going to be going for six
13  months, so many visits a week, they can set
14  something up.
15          JOSIE BOYLE:  Well, in my book, it just
16  says that I need to -- well, maybe this is what
17  it means, is the pre-authorization.  But, no,
18  it's just, like, literally so she can go get a
19  well-child check, so she can get her labs drawn
20  because she's on lithium, so she needs her labs
21  drawn.  How does that work?
22          PAM:  Right.  Well, since you're on the
23  Legacy Employee Health Plan, the way that the
24  Legacy Plan works is that you have to use their
25  providers --
```

```
1               JOSIE BOYLE:  Right.  But they don't
2    exist in Utah.
3               PAM:  -- and if you go out-of-network,
4    then they don't cover it.  But if you're
5    requesting a special exception --
6               JOSIE BOYLE:  Mm hmm.
7               PAM:  -- like for providers in Utah --
8               JOSIE BOYLE:  Yeah.
9               PAM:  -- then you would have to have
10   that pre-authorization submitted.  They would
11   have to review it and give permission to see a
12   provider that's outside of the Legacy --
13              JOSIE BOYLE:  You -- you realize I -- I
14   know you're just the messenger, but that's so
15   ridiculous.  Like, she's literally there for a
16   year.  She's not coming home, so -- okay, so --
17              PAM:  Yeah.  They would just need to
18   send something in stating, you know, she's out of
19   state.  She's going to be there for a year and we
20   just need permissions for her to see these
21   providers while she's in Utah and see if they
22   would make an exception for that.
23              JOSIE BOYLE:  Okay.  And who is "they,"
24   and how do I -- who do I write to?
25              PAM:  Well, the pre-authorization would
```

```
 1  come to PacificSource.
 2          JOSIE BOYLE:  Okay.
 3          PAM:  There is a pre-authorization form
 4  on our website under pacificsource.com.  And then
 5  the providers, they just click on provider, it's
 6  listed under forms and materials.
 7          JOSIE BOYLE:  Okay.
 8          PAM:  And it's under administrative
 9  forms.  And it's a pre-authorization request for
10  medical.  And it would be for Oregon because
11  you're on an Oregon plan.  If it's for chemical
12  dependency or mental health or anything like
13  that, there is a separate form for behavioral
14  health.
15          JOSIE BOYLE:  Mm hmm.
16          PAM:  And residential treatment does
17  require pre-authorization also.
18          JOSIE BOYLE:  Yeah, I tried getting
19  that and they turned it down.  Okay.  Cool.
20  Thank you so much.
21          PAM:  Okay.  You're welcome.
22          JOSIE BOYLE:  All right.  Bye.
23          PAM:  Bye.
24
25
```

Page 6

```
 1                  C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   May 11, 2021
17
18
19
20
21
22
23
24
25
                                                      Page 7
```

C E R T I F I C A T E

    I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 7, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

    Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Expiration Date:  6/30/2023

Page 8

8/17/2017 Phone Call

**[003000 - ledanski]**

| 0 | approval 3:25 | constitutes 8:11 | full 8:11 |
|---|---|---|---|
| **003000** 1:15 | asking 3:20,22,25 | cool 6:19 | **g** |
| **1** | audio 8:6 | country 7:12 | getting 6:18 |
| 1 8:10 | authorization 4:6 | cover 5:4 | give 5:11 |
| 11 7:16 | 4:11,17 5:10,25 | covered 3:19 | go 4:18 5:3 |
| 11501 7:14 | 6:3,9,17 | csr 8:14 | goes 4:9 |
| 11th 8:15 | authorized 4:3 | customer 2:1 | going 4:12,12 5:19 |
| 12151 7:9 | avenue 2:20 | **d** | **h** |
| 16th 2:19 | **b** | date 2:16 3:10 | hand 8:14 |
| **2** | b 2:15 | 7:16 8:23 | health 1:13,13,14 |
| 2017.08.17 1:15 | behavioral 6:13 | daughter 2:5 3:2 | 2:22 4:23 6:12,14 |
| 2021 7:16 8:15 | benefits 3:16 | daughter's 3:10 | help 2:2,25 |
| 25057 8:20 | birth 2:16 3:10 | day 8:15 | hi 2:3 |
| **3** | book 4:15 | dependency 6:12 | hmm 5:6 6:15 |
| 300 7:13 | boyle 1:11 2:3,9 | depends 4:10 | home 5:16 |
| 330 7:12 | 2:12,14,15,17,19 | diagnosis 3:15 | hyde 7:3 8:6 |
| **5** | 2:24 3:2,11,11,14 | didn't 3:8 | **i** |
| 504 1:13 | 3:20 4:4,8,15 5:1 | direction 8:9 | inclusive 8:10 |
| **6** | 5:6,8,13,23 6:2,7 | disc 1:15 | it's 3:13 4:18 6:5,8 |
| 6/30/2023 8:23 | 6:15,18,22 | doctor 3:24 | 6:9,11 |
| **7** | boyle.wav 1:16 | don't 2:9 5:1,4 | i'm 2:4 3:20,22,24 |
| 7 8:10 | bye 6:22,23 | drawn 4:19,21 | i've 2:21 |
| 7/24/73 2:17 | **c** | dual 3:14 | **j** |
| 7015 2:19 | c 7:1,1 8:1,1 | **e** | j 2:14 |
| **8** | call 1:16 | e 2:14,15 7:1 8:1,1 | janette 8:4,21 |
| 8/15/2000 3:11 | can't 2:10 | emergent 3:5 | josie 2:3,4,9,12,14 |
| **9** | card 2:10 | employee 2:22 | 2:14,17,19,24 3:2 |
| 90-0093 8:22 | care 3:5,5,24,25 | 4:23 | 3:11,14,20 4:4,8 |
| 97202 2:20 | certificate 8:22 | exception 5:5,22 | 4:15 5:1,6,8,13,23 |
| **a** | certified 8:4,22 | exist 5:2 | 6:2,7,15,18,22 |
| able 3:23 | certify 7:3 8:5 | expiration 8:23 | **k** |
| accept 4:7 | check 4:19 | **f** | know 2:9,9 3:8 |
| accurate 7:4 8:11 | chemical 6:11 | f 7:1 8:1 | 5:14,18 |
| address 2:18 | child 4:19 | file 1:15 | **l** |
| adduced 8:7,12 | city 3:3 | fill 3:7 | l 2:15 |
| administrative 6:8 | click 6:5 | find 2:10 | labs 4:19,20 |
| | client 2:4 | foregoing 7:4 8:10 | lake 3:3 |
| | come 3:23 6:1 | form 6:3,13 | ledanski 7:3 8:6 |
| | coming 5:16 | forms 6:6,9 | |

Page 1

8/17/2017 Phone Call

**[legacy - washington]**

| | | | |
|---|---|---|---|
| **legacy**  1:13,13   2:22 4:23,24 5:12 | **outside**  5:12 | **recording**  8:6 | **spell**  2:13 |
| **legal**  7:11 | **p** | **reduced**  8:9 | **stamp**  8:14 |
| **listed**  6:6 | **pacificsource**  1:14   6:1 | **reimbursed**  3:22 | **state**  5:19 |
| **listened**  8:6 | **pacificsource.co...**   6:4 | **reporter**  8:5,22 | **stating**  5:18 |
| **literally**  4:18 5:15 | **pages**  8:10 | **request**  6:9 | **submit**  4:6 |
| **lithium**  4:20 | **pam**  2:1,1,3,7,11   2:13,16,18,21,25   3:9,12,16 4:2,5,10   4:22 5:3,7,9,17,25   6:3,8,16,21,23 | **requesting**  5:5 | **submitted**  5:10 |
| **looks**  2:22 3:17 | | **require**  6:17 | **suite**  7:13 |
| **m** | | **residential**  3:3,13   3:17,21 6:16 | **t** |
| **m**  8:4,21 | | **review**  5:11 | **t**  7:1,1 8:1,1 |
| **materials**  6:6 | | **ridiculous**  5:15 | **talk**  2:4 |
| **means**  4:17 | **permission**  3:21   5:11 | **right**  4:4,22 5:1   6:22 | **testimony**  8:7,12 |
| **medical**  6:10 | | | **thank**  6:20 |
| **member**  2:7,11 | **permissions**  5:20 | **riley**  1:11 3:11 | **that's**  3:18 5:12,14 |
| **mental**  6:12 | **phone**  1:15 | **road**  7:12 | **thereof**  8:13 |
| **messenger**  5:14 | **plan**  1:13 2:23   4:12,23,24 6:11 | **s** | **there's**  4:11 |
| **mineola**  7:14 | | **s**  2:14 | **time**  4:8 |
| **mm**  5:6 6:15 | **plans**  1:14 | **salt**  3:3 | **transcribed**  8:7 |
| **months**  4:13 | **policy**  4:2 | **says**  4:16 | **transcript**  7:4   8:10 |
| **n** | **portland**  2:20 | **schmitt**  8:4,21 | **treatment**  3:3,13   3:17,21 4:11 6:16 |
| **n**  7:1 | **pre**  4:3,17 5:10,25   6:3,9,17 | **see**  3:25 4:6,9 5:11   5:20,21 | |
| **name**  1:15 2:3,13   2:15 3:10 | | **send**  5:18 | **tried**  6:18 |
| **need**  2:4 3:5 4:5   4:16 5:17,20 | **prescriptions**  3:7 | **separate**  6:13 | **true**  7:4 8:11 |
| | **primary**  3:5,23,25 | **service**  2:1 | **turned**  6:19 |
| **needs**  3:6 4:20 | **prior**  4:6 | **set**  4:11,13 | **typewriting**  8:9 |
| **network**  2:6 3:19   5:3 | **proceedings**  7:5   8:8,12 | **she'd**  3:18 | **u** |
| | | **she'll**  3:4,4 | **uh**  3:17 |
| **notes**  8:8 | **program**  3:7 | **she's**  3:24 4:1,12   4:20 5:15,16,18,19   5:21 | **um**  3:6,23 |
| **number**  2:8 | **provider**  3:18 4:1   4:5,7 5:12 6:5 | | **use**  3:18 4:24 |
| **ny**  7:14 | | | **utah**  4:1 5:2,7,21 |
| **o** | **providers**  4:25 5:7   5:21 6:5 | **shorthand**  8:4,22 | **v** |
| **o**  2:14,15 7:1 | | **signature**  7:9 8:20 | **v**  1:12 |
| **okay**  2:7,11,21,25   3:9,12,16 4:2 5:16   5:23 6:2,7,19,21 | **ps**  1:15 | **single**  4:8 | **vancouver**  8:14 |
| | **r** | **six**  4:12 | **veritext**  7:11 |
| | **r**  7:1 8:1 | **solutions**  7:11 | **visits**  4:13 |
| **old**  7:12 | **realize**  5:13 | **somebody**  2:5 4:9 | **w** |
| **oral**  8:7,12 | **rec**  1:15 | **sonya**  7:3 8:6 | **wanting**  3:6 |
| **oregon**  2:20 6:10   6:11 8:5 | **record**  7:5 8:11 | **southeast**  2:19 | **washington**  8:15 |
| | | **special**  5:5 | |

Page 2

8/17/2017 Phone Call

**[way - you're]**

| | |
|---|---|
| **way** 4:23 | |
| **website** 6:4 | |
| **week** 4:13 | |
| **welcome** 6:21 | |
| **witness** 8:14 | |
| **won't** 3:23 | |
| **work** 4:21 | |
| **worked** 3:8 | |
| **works** 4:24 | |
| **write** 5:24 | |
| **y** | |
| **y** 2:15 | |
| **yeah** 2:12,24 3:14  5:8,17 6:18 | |
| **year** 3:4 5:16,19 | |
| **you're** 2:22 4:22  5:4,14 6:11,21 | |

Page 3