11/15/2017 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_003001_2017.11.15_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                          Page 1
```

11/15/2017 Phone Call

```
 1              JOANIE:  Hello, this is Joanie.  How
 2   can I help you?
 3              JOSIE BOYLE:  Hi.  Um...uh...I need to
 4   check my account to see if anybody's um...if
 5   somebody specific I guess submitted a claim.
 6              JOANIE:  Okay.  For your insurance or
 7   for your flexible spending?
 8              JOSIE BOYLE:  Insurance.
 9              JOANIE:  Okay.  Perfect.  And your
10   name?
11              JOSIE BOYLE:  Josie Boyle.
12              JOANIE:  And Josie, what's a good call
13   back number for you?
14              JOSIE BOYLE:  971-344-1520.
15              JOANIE:  Perfect.  And your ID number,
16   please.
17              JOSIE BOYLE:  200498139.
18              JOANIE:  All right.  And if you
19   wouldn't mind just verifying your address and
20   date of birth.
21              JOSIE BOYLE:  7015 Southeast 16th
22   Street, Portland, Oregon 97202 and 7/24/73.
23              JOANIE:  Thank you.  And let's see
24   here.  All right.  So you were looking to see if
25   somebody had submitted a claim?
```

                                           Page 2

11/15/2017 Phone Call

```
1              JOSIE BOYLE:  Yes, a specific provider.
2              JOANIE:  Okay.  And who is the
3    provider?
4              JOSIE BOYLE:  Um...well, it's -- gosh,
5    it would be -- my daughter's at treatment and
6    it's New Haven is the place she's at.  But I --
7    now I'm -- now that I'm on the phone I'm like oh,
8    I don't it goes by that.
9              JOANIE:  Okay.
10             JOSIE BOYLE:  It would be lar -- large
11   amounts.
12             JOANIE:  Okay.  And this is for Riley
13   actually?
14             JOSIE BOYLE:  Yeah.
15             JOANIE:  Okay.  Could you verify
16   Riley's date of birth for me?  Are you there?  I
17   think your phone's breaking up.
18             JOSIE BOYLE:  Oh, no.  Let's try again.
19   8/15/2000.
20             JOANIE:  Okay.  Thank you.  Okay, so is
21   it New Vision Wilderness?
22             JOSIE BOYLE:  No, that was uh...before.
23   That was outdoor therapy.  So this would be --
24   she's at residential treatment, it should be for
25   like $12,000 or $18,000 or --
```

                                        Page 3

11/15/2017 Phone Call

1      JOANIE:  And it would have been from

2  August?

3      JOSIE BOYLE:  Yeah.  So she's been

4  there since September.  Well, she's been there

5  since August, like, 15th till now.

6      JOANIE:  I don't have any claims on

7  file like that.

8      JOSIE BOYLE:  Okay.  I know she has a

9  few medical bills from Utah, but um...that's

10  where she is.  It would be some place in Utah.

11  Okay.  I think they're not billing insurance

12  correctly.  All right.  Thank you so much.

13      JOANIE:  Real quick.  I -- did you -- I

14  just want to ask, do you know if the providers

15  obtained a prior authorization?

16      JOSIE BOYLE:  I was told -- I tried

17  calling and getting -- oh, oh, regarding what I'm

18  talking about --

19      JOANIE:  Right.

20      JOSIE BOYLE:  -- not the medical claim?

21      JOANIE:  I'm just concerned because you

22  guys don't have out-of-network benefits.

23      JOSIE BOYLE:  Right.  Well, she has

24  secondary coverage.  And so in order -- and we're

25  divorced, and so in order for um...hi -- my ex-

                                        Page 4

11/15/2017 Phone Call

1  husband's insurance to pick up, your insurance,

2  PacificSource, has to deny a claim --

3          JOANIE:  Perfect.  Okay.

4          JOSIE BOYLE:  -- even -- even -- even

5  though it's going to get denied anyway.

6          JOANIE:  Okay.  I just wanted to make

7  sure that we were all on the same page, and that

8  you weren't expecting that PacificSource was

9  going to, you know, cover and then --

10         JOSIE BOYLE:  No.  I went through all

11 that.  I tried -- I tried to get coverage.

12         JOANIE:  I can --

13         JOSIE BOYLE:  I've only talked to one

14 person about this.  But I was told that I can't

15 even -- she can't even get primary care in Utah

16 while she's there even though she's there for a

17 year.

18         JOANIE:  Not through the plan.  It

19 would have to be -- unless it was an urgent or

20 emergent situation.

21         JOSIE BOYLE:  Right.  Don't you think

22 that's funny that she has to go to an emergency

23 department, which is 10 times the amount of --

24         JOANIE:  Well, it has to be like a true

25 emergency, you know, it couldn't be, like, I went

                                              Page 5

11/15/2017 Phone Call

1   in there for, you know a toothache, or --

2           JOSIE BOYLE:  Okay.  I can tell you

3   that's not true because she had a UTI when she

4   was in Bend.  She was seen in the emergency

5   department and it was a $1,200 visit.

6           JOANIE:  They'll cover Bend.

7           JOSIE BOYLE:  Right.  Exactly.  But she

8   couldn't have gone to a primary care provider.

9           JOANIE:  Right.

10          JOSIE BOYLE:  She -- you know what I

11  mean?  Like, if she gets an earache, she has to

12  go to the ER, which is going to be $800.

13          JOANIE:  Right.

14          JOSIE BOYLE:  So, anyway, I was just

15  waxing philosophical.  It's just funny because

16  I'm just, like, oh so frustrating.  And there's

17  no emergency or travel plans or anything like

18  that?

19          JOANIE:  Nope, not -- unfortunately not

20  with this.

21          JOSIE BOYLE:  Yeah, Oh, Pacific Source.

22  Alrighty.  Thank you so much.

23          JOANIE:  Thank you.  You're welcome.

24          JOSIE BOYLE:  All right.  Bye-bye.

25          JOANIE:  Bye.

                                    Page 6

```
 1              C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:  May 11, 2021

17

18

19

20

21

22

23

24

25

                                        Page  7
```

11/15/2017 Phone Call

```
 1              C E R T I F I C A T E

 2

 3

 4        I, Janette M. Schmitt, a Certified Shorthand

 5   Reporter for Oregon, do hereby certify that after having

 6   listened to an audio recording, that Sonya Ledanski Hyde

 7   transcribed all testimony adduced and other oral

 8   proceedings had, and that thereafter her notes were

 9   reduced to typewriting under her direction; and that the

10   foregoing transcript, pages 1 to 7, both inclusive,

11   constitutes a full, true and accurate record of all such

12   testimony adduced and oral proceedings had, and of the

13   whole thereof.

14          Witness my hand and CSR stamp at Vancouver,

15   Washington, this 11th day of May, 2021.

16

17

18

19

20

21

              JANETTE M. SCHMITT

22            Certified Shorthand Reporter

              Certificate No. 90-0093

23            Expiration Date:  6/30/2023

24

25
```

Page  8

11/15/2017 Phone Call

**[003001 – joanie]**

| 0 |
|---|
| **003001**  1:15 |

| 1 |
|---|
| **1**  8:10 |
| **1,200**  6:5 |
| **10**  5:23 |
| **11**  7:16 |
| **11501**  7:14 |
| **11th**  8:15 |
| **12,000**  3:25 |
| **12151**  7:9 |
| **15th**  4:5 |
| **16th**  2:21 |
| **18,000**  3:25 |

| 2 |
|---|
| **200498139**  2:17 |
| **2017.11.15**  1:15 |
| **2021**  7:16 8:15 |
| **25057**  8:20 |

| 3 |
|---|
| **300**  7:13 |
| **330**  7:12 |

| 5 |
|---|
| **504**  1:13 |

| 6 |
|---|
| **6/30/2023**  8:23 |

| 7 |
|---|
| **7**  8:10 |
| **7/24/73**  2:22 |
| **7015**  2:21 |

| 8 |
|---|
| **8/15/2000**  3:19 |
| **800**  6:12 |

| 9 |
|---|
| **90-0093**  8:22 |
| **971-344-1520**  2:14 |

**97202**  2:22

| a |
|---|
| **account**  2:4 |
| **accurate**  7:4 8:11 |
| **address**  2:19 |
| **adduced**  8:7,12 |
| **alrighty**  6:22 |
| **amount**  5:23 |
| **amounts**  3:11 |
| **anybody's**  2:4 |
| **anyway**  5:5 6:14 |
| **audio**  8:6 |
| **august**  4:2,5 |
| **authorization**  4:15 |

| b |
|---|
| **back**  2:13 |
| **bend**  6:4,6 |
| **benefits**  4:22 |
| **billing**  4:11 |
| **bills**  4:9 |
| **birth**  2:20 3:16 |
| **boyle**  1:11 2:3,8 |
| 2:11,11,14,17,21 |
| 3:1,4,10,14,18,22 |
| 4:3,8,16,20,23 5:4 |
| 5:10,13,21 6:2,7 |
| 6:10,14,21,24 |
| **boyle.wav**  1:16 |
| **breaking**  3:17 |
| **bye**  6:24,24,25 |

| c |
|---|
| **c**  7:1,1 8:1,1 |
| **call**  1:16 2:12 |
| **calling**  4:17 |
| **can't**  5:15 |
| **care**  5:15 6:8 |
| **certificate**  8:22 |
| **certified**  8:4,22 |
| **certify**  7:3 8:5 |

**check**  2:4
**claim**  2:5,25 4:20
5:2
**claims**  4:6
**concerned**  4:21
**constitutes**  8:11
**correctly**  4:12
**couldn't**  5:25 6:8
**country**  7:12
**cover**  5:9 6:6
**coverage**  4:24
5:11
**csr**  8:14

| d |
|---|
| **date**  2:20 3:16 |
| 7:16 8:23 |
| **daughter's**  3:5 |
| **day**  8:15 |
| **denied**  5:5 |
| **deny**  5:2 |
| **department**  5:23 |
| 6:5 |
| **direction**  8:9 |
| **disc**  1:15 |
| **divorced**  4:25 |
| **don't**  3:8 4:6,22 |

| e |
|---|
| **e**  7:1 8:1,1 |
| **earache**  6:11 |
| **emergency**  5:22 |
| 5:25 6:4, 17 |
| **emergent**  5:20 |
| **er**  6:12 |
| **ex**  4:25 |
| **exactly**  6:7 |
| **expecting**  5:8 |
| **expiration**  8:23 |

| f |
|---|
| **f**  7:1 8:1 |
| **file**  1:15 4:7 |
| **flexible**  2:7 |
| **foregoing**  7:4 8:10 |
| **frustrating**  6:16 |
| **full**  8:11 |
| **funny**  5:22 6:15 |

| g |
|---|
| **getting**  4:17 |
| **go**  5:22 6:12 |
| **goes**  3:8 |
| **going**  5:5,9 6:12 |
| **good**  2:12 |
| **gosh**  3:4 |
| **guess**  2:5 |
| **guys**  4:22 |

| h |
|---|
| **hand**  8:14 |
| **haven**  3:6 |
| **health**  1:13,13,14 |
| **hello**  2:1 |
| **help**  2:2 |
| **hi**  2:3 4:25 |
| **husband's**  5:1 |
| **hyde**  7:3 8:6 |

| i |
|---|
| **inclusive**  8:10 |
| **insurance**  2:6,8 |
| 4:11 5:1,1 |
| **it's**  3:4 5:5 6:15 |
| **i'm**  3:7,7 4:17 6:16 |
| **i've**  5:13 |

| j |
|---|
| **janette**  8:4,21 |
| **joanie**  2:1,1,6,9,12 |
| 2:15,18,23 3:2,9 |
| 3:12,15,20 4:1,6 |
| 4:13,19,21 5:3,6 |

Schmitt Reporting and Video, A Veritext Company
503-245-4552

11/15/2017 Phone Call

**[joanie - urgent]**

5:12,18,24 6:6,9
6:13,19,23,25
**josie** 2:3,8,11,11
2:12,14,17,21 3:1
3:4,10,14,18,22
4:3,8,16,20,23 5:4
5:10,13,21 6:2,7
6:10,14,21,24

**k**

**know** 4:8,14 5:9
5:25 6:1,10

**l**

**lar** 3:10
**large** 3:10
**ledanski** 7:3 8:6
**legacy** 1:13,13
**legal** 7:11
**let's** 2:23 3:18
**listened** 8:6
**looking** 2:24

**m**

**m** 8:4,21
**mean** 6:11
**medical** 4:9,20
**mind** 2:19
**mineola** 7:14

**n**

**n** 7:1
**name** 1:15 2:10
**need** 2:3
**network** 4:22
**new** 3:6,21
**nope** 6:19
**notes** 8:8
**number** 2:13,15
**ny** 7:14

**o**

**o** 7:1
**obtained** 4:15
**oh** 3:7,18 4:17,17
6:16,21
**okay** 2:6,9 3:2,9
3:12,15,20,20 4:8
4:11 5:3,6 6:2
**old** 7:12
**oral** 8:7,12
**order** 4:24,25
**oregon** 2:22 8:5
**outdoor** 3:23

**p**

**pacific** 6:21
**pacificsource** 1:14
5:2,8
**page** 5:7
**pages** 8:10
**perfect** 2:9,15 5:3
**person** 5:14
**philosophical** 6:15
**phone** 1:15 3:7
**phone's** 3:17
**pick** 5:1
**place** 3:6 4:10
**plan** 1:13 5:18
**plans** 1:14 6:17
**please** 2:16
**portland** 2:22
**primary** 5:15 6:8
**prior** 4:15
**proceedings** 7:5
8:8,12
**provider** 3:1,3 6:8
**providers** 4:14
**ps** 1:15

**q**

**quick** 4:13

**r**

**r** 7:1 8:1
**real** 4:13
**rec** 1:15
**record** 7:5 8:11
**recording** 8:6
**reduced** 8:9
**regarding** 4:17
**reporter** 8:5,22
**residential** 3:24
**right** 2:18,24 4:12
4:19,23 5:21 6:7,9
6:13,24
**riley** 1:11 3:12
**riley's** 3:16
**road** 7:12

**s**

**schmitt** 8:4,21
**secondary** 4:24
**see** 2:4,23,24
**seen** 6:4
**september** 4:4
**she's** 3:6 4:3,4
5:16,16
**shorthand** 8:4,22
**signature** 7:9 8:20
**situation** 5:20
**solutions** 7:11
**somebody** 2:5,25
**sonya** 7:3 8:6
**source** 6:21
**southeast** 2:21
**specific** 2:5 3:1
**spending** 2:7
**stamp** 8:14
**street** 2:22
**submitted** 2:5,25

**suite** 7:13
**sure** 5:7

**t**

**t** 7:1,1 8:1,1
**talked** 5:13
**talking** 4:18
**tell** 6:2
**testimony** 8:7,12
**thank** 2:23 3:20
4:12 6:22,23
**that's** 4:9 5:22 6:3
**therapy** 3:23
**thereof** 8:13
**there's** 6:16
**they'll** 6:6
**they're** 4:11
**think** 3:17 4:11
5:21
**till** 4:5
**times** 5:23
**told** 4:16 5:14
**toothache** 6:1
**transcribed** 8:7
**transcript** 7:4
8:10
**travel** 6:17
**treatment** 3:5,24
**tried** 4:16 5:11,11
**true** 5:24 6:3 7:4
8:11
**try** 3:18
**typewriting** 8:9

**u**

**uh** 2:3 3:22
**um** 2:3,4 3:4 4:9
4:25
**unfortunately**
6:19
**urgent** 5:19

Page 2

**[utah - you're]**

| | |
|---|---|
| **utah** 4:9, 10 5:15 | |
| **uti** 6:3 | |

**v**

| | |
|---|---|
| **v** 1:12 | |
| **vancouver** 8:14 | |
| **verify** 3:15 | |
| **verifying** 2:19 | |
| **veritext** 7:11 | |
| **vision** 3:21 | |
| **visit** 6:5 | |

**w**

| | |
|---|---|
| **want** 4:14 | |
| **wanted** 5:6 | |
| **washington** 8:15 | |
| **waxing** 6:15 | |
| **welcome** 6:23 | |
| **went** 5:10,25 | |
| **weren't** 5:8 | |
| **we're** 4:24 | |
| **what's** 2:12 | |
| **wilderness** 3:21 | |
| **witness** 8:14 | |
| **wouldn't** 2:19 | |

**y**

| | |
|---|---|
| **yeah** 3:14 4:3 6:21 | |
| **year** 5:17 | |
| **you're** 6:23 | |

Page 3