12/15/2017 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_003002_2017.12.15_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
```

Page 1

```
 1            JOSIE BOYLE:  Hello.
 2            LINDSAY:  Hi.  Is this Josie?
 3            JOSIE BOYLE:  Yup.
 4            LINDSAY:  Okay, perfect.  I think --
 5   did it send you to some sort of a recording?
 6            JOSIE BOYLE:  Yes.  I was like, wait
 7   what?
 8            LINDSAY:  Yes, my phone's been doing
 9   that all week.  I don't know what it is.  I'm so
10   sorry.
11            JOSIE BOYLE:  It's okay.  It's okay.
12   It's a technical difficulty.  So it's
13   www.pacificsource.com?
14            LINDSAY:  Correct.
15            JOSIE BOYLE:  And it's called a pre-
16   authorization form?
17            LINDSAY:  Yes.  So if you go there and
18   then you'll click on providers.
19            JOSIE BOYLE:  Okay.
20            LINDSAY:  And then on the left-hand
21   side, probably halfway down it says forms and
22   materials.  So you'll click on forms and
23   materials.
24            JOSIE BOYLE:  Okay.
25            LINDSAY:  And then it will say
```

                                                       Page 2

1   administrative forms up at the top, and that will
2   open up all of the forms that we have.
3           JOSIE BOYLE:  Okay.
4           LINDSAY:  And then they're in
5   alphabetical order, so you'll choose pre-
6   authorization request for Oregon Medical.
7           JOSIE BOYLE:  Okay.
8           LINDSAY:  And then that's the form that
9   the provider will fill out.  So, basically they
10  will have to request a retro out-of-network
11  exception now.  So that will be the first step.
12  So if that retro out-of-network exception is
13  approved, then we need to work with New Haven
14  with getting the -- well, she's in-patient.  Man,
15  I don't know if this is going to work.
16          Okay.  So since she was -- well, it
17  wasn't residential.  I wonder if it was inpatient
18  or residential for her.  Let me look back at the
19  claim.  Sorry, I'm trying to work my way through
20  this as well.
21          JOSIE BOYLE:  No, it's okay.  I think
22  that it says inpatient.
23          LINDSAY:  Okay.
24          JOSIE BOYLE:  It says New Haven
25  Residential Treatment.  Like, that's all it says

```
 1  on my end.
 2          LINDSAY:  Type of service -- it says
 3  mental health residential.
 4          JOSIE BOYLE:  Mm hmm.
 5          LINDSAY:  But I wonder if the -- If
 6  it's residential, then we still have a chance if,
 7  of course, out-of-network exception is approved
 8  because for mental health -- let me pull up that
 9  benefit.  So, for mental health for residential,
10  pre-authorization is reques -- or is required,
11  but if it's going to be mental health for
12  inpatient services, then we require pre-
13  authorization within 48 hours of being admitted.
14          JOSIE BOYLE:  All right.
15          LINDSAY:  So, if they didn't submit
16  that to us, then there's going to be no way of it
17  being covered.  So, it's going to depend on if
18  it's coded as residential or inpatient, which on
19  the claim, it indicates residential.  But um...I
20  think that after we receive the out-of-network
21  exception, if it's approved, then we're going to
22  have to take a closer look at that and how the
23  claim came across with the chart notes.
24          JOSIE BOYLE:  Okay.  Yeah.  Because
25  that would be -- I feel like -- because I tried -
```

Page 4

```
 1   - again, I tried to get this all clarified before
 2   we made this move so I could make sure we were
 3   following, you know, with the guidelines.  And I
 4   just -- they were -- I guess they weren't
 5   available or explained to me.  Like, because it
 6   was inpatient -- if it is inpatient, and that's
 7   what I'm asking, like, what kind of
 8   communications you need for this to be possibly
 9   covered so I'll be super frustrated if we missed
10   that 48-hour window because --
11            LINDSAY:  Right.
12            JOSIE BOYLE:  -- you didn't convey that
13   information to me.
14            LINDSAY:  Right.  I mean, I show back -
15   - a call log back in July, you and I spoke
16   actually --
17            JOSIE BOYLE:  Uh huh.
18            LINDSAY:  -- uh...and we had talked
19   about the ineligible provider.  So we talked
20   about the New Vision Wilderness Center.
21            JOSIE BOYLE:  Right.
22            LINDSAY:  And we talked about that
23   provider being ineligible.
24            JOSIE BOYLE:  Mm hmm.
25            LINDSAY:  I said -- advised that the
```

```
 1   provider is an ineligible provider, and once she
 2   submits the claim, the claim will deny as being
 3   ineligible.
 4           JOSIE BOYLE:  Mm hmm.
 5           LINDSAY:  Once mom receives the denial,
 6   she can submit an appeal and try to have a
 7   different determination on the claim.  I advised
 8   her to -- I advised to have her counselor call us
 9   so they could obtain an out-of-network exception.
10           So it may have been briefly talked
11   about when you and I talked about it, but that
12   was with the ineligible provider, so that wasn't
13   when you had called on New Haven.  So, I
14   definitely understand.  It looks like New Haven
15   called and spoke with Rita and then you called on
16   8/28 and spoke with Pam.  The daughter is in Utah
17   for a year, needs residential treatment, needs to
18   see providers there, needs prior authorization
19   form on website.
20           JOSIE BOYLE:  Yeah, and I was told that
21   there's no way they'll cover any kind of medical
22   care while she's there at all.
23           LINDSAY:  Right.  Because there is no
24   out-of-network exception or -- I'm sorry --
25   there's no out-of-network coverage for out of
```

```
 1  state or for out of that service area.
 2              Let's see.  I'm just going through the
 3  rest of it as well because it looks like Utah
 4  providers have called us.  There's no coverage.
 5  So, you know, I -- I do apologize --
 6              JOSIE BOYLE:  Oh, it's okay.  It's --
 7  it's -- it's more of a -- I -- it's hard to know
 8  what of questions to ask --
 9              LINDSAY:  Absolutely.
10              JOSIE BOYLE:  You know, and what --
11              LINDSAY:  Well, and of course, and
12  you just want to do what's right for your
13  daughter too, so it's -- it's probably so
14  stressful.  I can't even imagine what you guys
15  are going through.  So, it -- I'm sorry that that
16  wasn't given to you, again, because I think that
17  there would've been a better process if we
18  could've tried to obtain this two months ago
19  rather than now, you know.
20              JOSIE BOYLE:  Okay.
21              LINDSAY:  But, yeah, what I would do --
22  the first step is try to see if we can get that
23  retro out-of-network exception on file for New
24  Haven.
25              JOSIE BOYLE:  Okay.
```

Page 7

12/15/2017 Phone Call

```
 1            LINDSAY:  And then we need to contact
 2  New Haven if that out-of-network exception's
 3  approved, and then we can see if they can submit
 4  an authorization retroactively as well.
 5            JOSIE BOYLE:  Okay.
 6            LINDSAY:  So ,I think that's the route
 7  that we need to take.
 8            JOSIE BOYLE:  Okay.
 9            LINDSAY:  If the out-of-network
10  exception is denied, then you -- I would advise
11  you appeal.
12            JOSIE BOYLE:  Right.
13            LINDSAY:  Because in the appeal
14  process, you can get information from the
15  counselors that she sees.  Basically, anything to
16  help support why she needs to go to New Haven.
17  And even include that you guys tried to find her
18  a spot somewhere else, but no one had an opening.
19            JOSIE BOYLE:  Yes.
20            LINDSAY:  That, you know, that's
21  frustrating in itself.  So, um...this just seems
22  really convoluted.  I'm so, so sorry.  I do
23  apologize.
24            JOSIE BOYLE:  It's okay.  I'm just --
25  yes, I'm just trying to figure out now.  So --
```

Page 8

```
 1              LINDSAY:  Right.
 2              JOSIE BOYLE:  -- it would be so nice to
 3    have some financial reprieve from all of this.
 4              LINDSAY:  Right.  No, I definitely
 5    agree.  I really hope that this goes through for
 6    you guys.
 7              JOSIE BOYLE:  Yeah, I --
 8              LINDSAY:  I wish that I was the person
 9    doing it because -- I don't know -- I feel like
10    I'd be bad in that situation in health services
11    because I have such a huge heart and I, you know,
12    I understand what so many families are going
13    through.  I'm like, okay, I approve it.
14              JOSIE BOYLE:  I know, I...
15              LINDSAY:  But yeah...
16              JOSIE BOYLE:  Thanks for your time a
17    And I'll start working on that and see what I can
18    figure out.
19              LINDSAY:  Okay, well, and Josie, if you
20    need to, you can always ask for me when you call
21    in just because now I remember the situation and
22    our conversation back in July.
23              JOSIE BOYLE:  Okay.
24              LINDSAY:  So my name's Lindsay, and if
25    you do call into the queue and I'm here, you can
```

Page 9

```
 1  ask for me, and I'm more than happy to help out
 2  in any way possible, okay?
 3          JOSIE BOYLE:  That would be great.
 4  Thank you so much.
 5          LINDSAY:  Okay.  You're welcome.  If
 6  you have other questions today, definitely call
 7  us back, okay?
 8          JOSIE BOYLE:  Okay.  Sounds good.
 9          LINDSAY:  Okay.
10          JOSIE BOYLE:  Thank you.
11          LINDSAY:  Have a good day.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                C E R T I F I C A T I O N
2
3   I, Sonya Ledanski Hyde, certify that the
4   foregoing transcript is a true and accurate
5   record of the proceedings.
6
7
8
9   _____
       [Signature: Sonya M. Ledanski Hyde]
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  May 11, 2021
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

    I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 11, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

    Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT

Certified Shorthand Reporter

Certificate No. 90-0093

Expiration Date: 6/30/2023

12/15/2017 Phone Call

[003002 - go]

| 0 | alphabetical 3:5 | certificate 12:22 | determination 6:7 |
|---|---|---|---|
| 00 3 02  1:15 | apologize 7:5 8:23 | certified 12:4,22 | didn't 4:15 |
| **1** | appeal 6:6 8:11,13 | certify 11:3 12:5 | different 6:7 |
| 1  12:10 | approve 9:13 | chance 4:6 | difficulty 2:12 |
| 11  11:16 12:10 | approved 3:13 4:7 | chart 4:23 | direction 12:9 |
| 11501  11:14 | 4:21 8:3 | choose 3:5 | disc 1:15 |
| 11th  12:15 | area 7:1 | claim 3:19 4:19,23 | doing 2:8 9:9 |
| 12151  11:9 | asking 5:7 | 6:2,2,7 | don't 2:9 3:15 9:9 |
| **2** | audio 12:6 | clarified 5:1 | **e** |
| 2017.12.15  1:15 | authorization 2:16 | click 2:18,22 | e  11:1 12:1,1 |
| 2021  11:16 12:15 | 3:6 4:10,13 6:18 | closer 4:22 | exception 3:11,12 |
| 25057  12:20 | 8:4 | coded 4:18 | 4:7,21 6:9,24 7:23 |
| **3** | available 5:5 | communications | 8:10 |
| 300  11:13 | **b** | 5:8 | exception's 8:2 |
| 330  11:12 | back 3:18 5:14,15 | constitutes 12:11 | expiration 12:23 |
| **4** | 9:22 10:7 | contact 8:1 | explained 5:5 |
| 48  4:13 5:10 | bad 9:10 | conversation 9:22 | **f** |
| **5** | basically 3:9 8:15 | convey 5:12 | f  11:1 12:1 |
| 504  1:13 | benefit 4:9 | convoluted 8:22 | families 9:12 |
| **6** | better 7:17 | correct 2:14 | feel 4:25 9:9 |
| 6/30/2023  12:23 | boyle 1:11 2:1,3,6 | could've 7:18 | figure 8:25 9:18 |
| **8** | 2:11,15,19,24 3:3 | counselor 6:8 | file 1:15 7:23 |
| 8/28  6:16 | 3:7,21,24 4:4,14 | counselors 8:15 | fill 3:9 |
| **9** | 4:24 5:12,17,21,24 | country 11:12 | financial 9:3 |
| 90-0093  12:22 | 6:4,20 7:6,10,20 | course 4:7 7:11 | find 8:17 |
| **a** | 7:25 8:5,8,12,19 | cover 6:21 | first 3:11 7:22 |
| absolutely  7:9 | 8:24 9:2,7,14,16 | coverage 6:25 7:4 | following 5:3 |
| accurate  11:4 | 9:23 10:3,8,10 | covered 4:17 5:9 | foregoing 11:4 |
| 12:11 | boyle.wav 1:16 | csr 12:14 | 12:10 |
| adduced  12:7,12 | briefly 6:10 | **d** | form 2:16 3:8 6:19 |
| administrative  3:1 | **c** | date 11:16 12:23 | forms 2:21,22 3:1 |
| admitted  4:13 | c  11:1,1 12:1,1 | daughter 6:16 | 3:2 |
| advise  8:10 | call 1:16 5:15 6:8 | 7:13 | frustrated 5:9 |
| advised  5:25 6:7,8 | 9:20,25 10:6 | day 10:11 12:15 | frustrating 8:21 |
| ago  7:18 | called 2:15 6:13,15 | definitely 6:14 9:4 | full 12:11 |
| agree  9:5 | 6:15 7:4 | 10:6 | **g** |
| | can't 7:14 | denial 6:5 | getting 3:14 |
| | care 6:22 | denied 8:10 | given 7:16 |
| | center 5:20 | deny 6:2 | go 2:17 8:16 |
| | | depend 4:17 | |

Page 1

[goes - pull]

goes  9:5
going  3:15 4:11,16
  4:17,21 7:2,15
  9:12
good  10:8,11
great  10:3
guess  5:4
guidelines  5:3
guys  7:14 8:17 9:6

**h**
halfway  2:21
hand  2:20 12:14
happy  10:1
hard  7:7
haven  3:13,24
  6:13,14 7:24 8:2
  8:16
health  1:13,13,14
  4:3,8,9,11 9:10
heart  9:11
hello  2:1
help  8:16 10:1
hi  2:2
hmm  4:4 5:24 6:4
hope  9:5
hour  5:10
hours  4:13
huge  9:11
huh  5:17
hyde  11:3 12:6

**i**
imagine  7:14
include  8:17
inclusive  12:10
indicates  4:19
ineligible  5:19,23
  6:1,3,12
information  5:13
  8:14

inpatient  3:17,22
  4:12,18 5:6,6
it's  2:11,11,12,12
  2:15 3:21 4:6,11
  4:17,18,21 7:6,7,7
  7:13 8:24
i'll  9:17
i'm  2:9 3:19 5:7
  6:24 7:2,15 8:22
  8:24,25 9:13,25
  10:1

**j**
janette  12:4,21
josie  2:1,2,3,6,11
  2:15,19,24 3:3,7
  3:21,24 4:4,14,24
  5:12,17,21,24 6:4
  6:20 7:6,10,20,25
  8:5,8,12,19,24 9:2
  9:7,14,16,19,23
  10:3,8,10
july  5:15 9:22

**k**
kind  5:7 6:21
know  2:9 3:15 5:3
  7:5,7,10,19 8:20
  9:9,11,14

**l**
ledanski  11:3 12:6
left  2:20
legacy  1:13,13
legal  11:11
let's  7:2
lindsay  2:2,4,8,14
  2:17,20,25 3:4,8
  3:23 4:2,5,15 5:11
  5:14,18,22,25 6:5
  6:23 7:9,11,21 8:1
  8:6,9,13,20 9:1,4,8
  9:15,19,24,24 10:5

10:9,11
listened  12:6
log  5:15
look  3:18 4:22
looks  6:14 7:3

**m**
m  12:4,21
man  3:14
materials  2:22,23
mean  5:14
medical  3:6 6:21
mental  4:3,8,9,11
mineola  11:14
missed  5:9
mm  4:4 5:24 6:4
mom  6:5
months  7:18
move  5:2

**n**
n  11:1
name  1:15
name's  9:24
need  3:13 5:8 8:1
  8:7 9:20
needs  6:17,17,18
  8:16
network  3:10,12
  4:7,20 6:9,24,25
  7:23 8:2,9
new  3:13,24 5:20
  6:13,14 7:23 8:2
  8:16
nice  9:2
notes  4:23 12:8
ny  11:14

**o**
o  11:1
obtain  6:9 7:18
oh  7:6

okay  2:4,11,11,19
  2:24 3:3,7,16,21
  3:23 4:24 7:6,20
  7:25 8:5,8,24 9:13
  9:19,23 10:2,5,7,8
  10:9
old  11:12
once  6:1,5
open  3:2
opening  8:18
oral  12:7,12
order  3:5
oregon  3:6 12:5

**p**
pacificsource  1:14
pages  12:10
pam  6:16
patient  3:14
perfect  2:4
person  9:8
phone  1:15
phone's  2:8
plan  1:13
plans  1:14
possible  10:2
possibly  5:8
pre  2:15 3:5 4:10
  4:12
prior  6:18
probably  2:21
  7:13
proceedings  11:5
  12:8,12
process  7:17 8:14
provider  3:9 5:19
  5:23 6:1,1,12
providers  2:18
  6:18 7:4
ps  1:15
pull  4:8

[questions - yup]

**q**
questions 7:8 10:6
queue 9:25

**r**
r 11:1 12:1
really 8:22 9:5
rec 1:15
receive 4:20
receives 6:5
record 11:5 12:11
recording 2:5 12:6
reduced 12:9
remember 9:21
reporter 12:5,22
reprieve 9:3
reques 4:10
request 3:6,10
require 4:12
required 4:10
residential 3:17,18
   3:25 4:3,6,9,18,19
   6:17
rest 7:3
retro 3:10,12 7:23
retroactively 8:4
right 4:14 5:11,14
   5:21 6:23 7:12
   8:12 9:1,4
riley 1:11
rita 6:15
road 11:12
route 8:6

**s**
says 2:21 3:22,24
   3:25 4:2
schmitt 12:4,21
see 6:18 7:2,22 8:3
   9:17
sees 8:15
send 2:5
service 4:2 7:1
services 4:12 9:10
she's 3:14 6:22
shorthand 12:4,22
show 5:14
side 2:21
signature 11:9
   12:20
situation 9:10,21
solutions 11:11
sonya 11:3 12:6
sorry 2:10 3:19
   6:24 7:15 8:22
sort 2:5
sounds 10:8
spoke 5:15 6:15,16
spot 8:18
stamp 12:14
start 9:17
state 7:1
step 3:11 7:22
stressful 7:14
submit 4:15 6:6
   8:3
submits 6:2
suite 11:13
super 5:9
support 8:16
sure 5:2

**t**
t 11:1,1 12:1,1
take 4:22 8:7
talked 5:18,19,22
   6:10,11
technical 2:12
testimony 12:7,12
thank 10:4,10
thanks 9:16
that's 3:8,25 5:6
   8:6,20
thereof 12:13
there's 4:16 6:21
   6:25 7:4
they'll 6:21
they're 3:4
think 2:4 3:21
   4:20 7:16 8:6
time 9:16
today 10:6
told 6:20
top 3:1
transcribed 12:7
transcript 11:4
   12:10
treatment 3:25
   6:17
tried 4:25 5:1 7:18
   8:17
true 11:4 12:11
try 6:6 7:22
trying 3:19 8:25
two 7:18
type 4:2
typewriting 12:9

**u**
uh 5:17,18
um 4:19 8:21
understand 6:14
   9:12
utah 6:16 7:3

**v**
v 1:12
vancouver 12:14
veritext 11:11
vision 5:20

**w**
wait 2:6
want 7:12
washington 12:15
wasn't 3:17 6:12
   7:16
way 3:19 4:16
   6:21 10:2
website 6:19
week 2:9
welcome 10:5
weren't 5:4
we're 4:21
what's 7:12
wilderness 5:20
window 5:10
wish 9:8
witness 12:14
wonder 3:17 4:5
work 3:13,15,19
working 9:17
would've 7:17
www.pacificsou...
   2:13

**y**
yeah 4:24 6:20
   7:21 9:7,15
year 6:17
you'll 2:18,22 3:5
you're 10:5
yup 2:3