2/27/2018 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_003003_2018.02.27_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                                    Page 1
```

```
 1                LINDSAY:  Customer service.  This is
 2   Lindsay.  How can I help you today?
 3                JOSIE BOYLE:  Hi, Lindsay.  My name's
 4   Josie.  I'm a member, and I have some questions
 5   about an appeal.
 6                LINDSAY:  Of course, let me take a look
 7   for you.  And, Josie, what's a good call back
 8   number in case we get disconnected?
 9                JOSIE BOYLE:  971-344-1520.
10                LINDSAY:  Thank you.  And then your
11   member ID number.
12                JOSIE BOYLE:  You know, I don't have it
13   with me.
14                LINDSAY:  That's okay.  What is your
15   date of birth?
16                JOSIE BOYLE:  7/24/73.
17                LINDSAY:  And your last name?
18                JOSIE BOYLE:  Boyle, B-O-Y-L-E.
19                LINDSAY:  Perfect.  There you are.  And
20   then will you verify your address for me?
21                JOSIE BOYLE:  7015 Southeast 16th
22   Avenue, Portland, Oregon 97202.
23                LINDSAY:  Okay, great.  So, I have your
24   account all pulled up.  And what is your question
25   about the appeal?
```

Page 2

1  JOSIE BOYLE: Um...so, um...it's about
2  a claim -- it's the claim from August -- excuse
3  me -- let's see. I have the Claim ID number, I
4  don't know if that helps.
5  LINDSAY: Oh, that's okay. I'm just
6  going to pull up claims from August. I'm sure
7  I'll be able to tell which one it is.
8  JOSIE BOYLE: Okay. It's for my
9  daughter, Riley.
10  LINDSAY: Oh, Riley. Okay. Perfect.
11  And what is Riley's date of birth?
12  JOSIE BOYLE: 8/15/2000.
13  LINDSAY: And was it with New Vision?
14  JOSIE BOYLE: Yeah.
15  LINDSAY: Okay. Let me just open that
16  up for us. And have you submitted the appeal yet
17  or are you about to submit the appeal?
18  JOSIE BOYLE: Well, one question, how
19  long do I have to appeal?
20  LINDSAY: Okay. So you have 180 days -
21  -
22  JOSIE BOYLE: Okay.
23  LINDSAY: -- from the determination of
24  the claim.
25  JOSIE BOYLE: And that was October?

Page 3

```
 1              LINDSAY:  Let's look for New Vision.
 2   So, with the New Vision Wilderness it shows from
 3   6/2/17 to 8/14/17.  Is that the one that we're
 4   looking at?
 5              JOSIE BOYLE:  Mm hm.
 6              LINDSAY:  Okay.  Perfect.  And, yep,
 7   that was October 8th.
 8              JOSIE BOYLE:  Okay.
 9              LINDSAY:  So, you have a 180 days from
10   October 8th --
11              JOSIE BOYLE:  Okay.
12              LINDSAY:  -- to get that submitted to
13   us.
14              JOSIE BOYLE:  Great.  Yeah, I was just
15   getting nervous that I was getting close to that.
16   Am I getting close to that?
17              LINDSAY:  I think so.  What is -- what
18   is that, six months?  October, November, March,
19   April -- yeah, you have a little bit of time
20   left, so --
21              JOSIE BOYLE:  Okay.  What is the appeal
22   process?  How do I -- do I fill out of a form or
23   --?
24              LINDSAY:  There is no form for the
25   appeal.  Instead, basically, what you do is you
```

```
 1   write a letter and just state your case, get any
 2   medical documentation together that helps show
 3   the medical necessity of where Riley was located
 4   for her treatment and then basically tell us why
 5   you wish to have this claim reconsidered and paid
 6   at the in-network rate if that's possible.
 7           JOSIE BOYLE:  Okay.  Great.  Thank you
 8   so much.
 9           LINDSAY:  Okay.  Of course.  Do you
10   want the e-mail address to send that letter to?
11           JOSIE BOYLE:  Sure.
12           LINDSAY:  So it's l-c, so for legal and
13   compliance --
14           JOSIE BOYLE:  Mm hmm.
15           LINDSAY:  -- at pacificsource.com.
16           JOSIE BOYLE:  Great.  Thank you so
17   much.
18           LINDSAY: You're welcome.  Anything
19   else I can help you with?
20           JOSIE BOYLE:  Nope.  That's it.
21           LINDSAY:  Okay.  Have a good day.
22           JOSIE BOYLE:  You too.  Bye-bye.
23           LINDSAY:  Thank you.  Bye.
24
25
```

```
 1                  C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8
 9    _____
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:  May 11, 2021
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 6, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Expiration Date: 6/30/2023

Page 7

Schmitt Reporting and Video, A Veritext Company
503-245-4552

**[003003 - little]**

| 0 | a | country 6:12 | h |
|---|---|---|---|
| **003003** 1:15 | **able** 3:7 | **course** 2:6 5:9 | **hand** 7:14 |
| **1** | **account** 2:24 | **csr** 7:14 | **health** 1:13,13,14 |
| **1** 7:10 | **accurate** 6:4 7:11 | **customer** 2:1 | **help** 2:2 5:19 |
| **11** 6:16 | **address** 2:20 5:10 | **d** | **helps** 3:4 5:2 |
| **11501** 6:14 | **adduced** 7:7,12 | **date** 2:15 3:11 | **hi** 2:3 |
| **11th** 7:15 | **appeal** 2:5,25 3:16 | 6:16 7:23 | **hm** 4:5 |
| **12151** 6:9 | 3:17,19 4:21,25 | **daughter** 3:9 | **hmm** 5:14 |
| **16th** 2:21 | **april** 4:19 | **day** 5:21 7:15 | **hyde** 6:3 7:6 |
| **180** 3:20 4:9 | **audio** 7:6 | **days** 3:20 4:9 | **i** |
| **2** | **august** 3:2,6 | **determination** | **inclusive** 7:10 |
| **2018.02.27** 1:15 | **avenue** 2:22 | 3:23 | **it's** 3:1,2,8 |
| **2021** 6:16 7:15 | **b** | **direction** 7:9 | **i'll** 3:7 |
| **25057** 7:20 | **b** 2:18 | **disc** 1:15 | **i'm** 2:4 3:5,6 |
| **3** | **back** 2:7 | **disconnected** 2:8 | **j** |
| **300** 6:13 | **basically** 4:25 5:4 | **documentation** | **janette** 7:4,21 |
| **330** 6:12 | **birth** 2:15 3:11 | 5:2 | **josie** 2:3,4,7,9,12 |
| **5** | **bit** 4:19 | **don't** 2:12 3:4 | 2:16,18,21 3:1,8 |
| **504** 1:13 | **boyle** 1:11 2:3,9 | **e** | 3:12,14,18,22,25 |
| **6** | 2:12,16,18,18,21 | **e** 2:18 5:10 6:1 7:1 | 4:5,8,11,14,21 5:7 |
| **6** 7:10 | 3:1,8,12,14,18,22 | 7:1 | 5:11,14,16,20,22 |
| **6/2/17** 4:3 | 3:25 4:5,8,11,14 | **excuse** 3:2 | **k** |
| **6/30/2023** 7:23 | 4:21 5:7,11,14,16 | **expiration** 7:23 | **know** 2:12 3:4 |
| **7** | 5:20,22 | **f** | **l** |
| **7/24/73** 2:16 | **boyle.wav** 1:16 | **f** 6:1 7:1 | **l** 2:18 5:12 |
| **7015** 2:21 | **bye** 5:22,22,23 | **file** 1:15 | **ledanski** 6:3 7:6 |
| **8** | **c** | **fill** 4:22 | **left** 4:20 |
| **8/14/17** 4:3 | **c** 5:12 6:1,1 7:1,1 | **foregoing** 6:4 7:10 | **legacy** 1:13,13 |
| **8/15/2000** 3:12 | **call** 1:16 2:7 | **form** 4:22,24 | **legal** 5:12 6:11 |
| **8th** 4:7,10 | **case** 2:8 5:1 | **full** 7:11 | **letter** 5:1,10 |
| **9** | **certificate** 7:22 | **g** | **let's** 3:3 4:1 |
| **90-0093** 7:22 | **certified** 7:4,22 | **getting** 4:15,15,16 | **lindsay** 2:1,2,3,6 |
| **971-344-1520** 2:9 | **certify** 6:3 7:5 | **going** 3:6 | 2:10,14,17,19,23 |
| **97202** 2:22 | **claim** 3:2,2,3,24 | **good** 2:7 5:21 | 3:5,10,13,15,20,23 |
| | 5:5 | **great** 2:23 4:14 5:7 | 4:1,6,9,12,17,24 |
| | **claims** 3:6 | 5:16 | 5:9,12,15,18,21,23 |
| | **close** 4:15,16 | | **listened** 7:6 |
| | **compliance** 5:13 | | **little** 4:19 |
| | **constitutes** 7:11 | | |

Page 1

2/27/2018 Phone Call

**[located - you're]**

| | | | |
|---|---|---|---|
| located 5:3<br>long 3:19<br>look 2:6 4:1<br>looking 4:4 | **p**<br>pacificsource 1:14<br>pacificsource.co... 5:15<br>pages 7:10<br>paid 5:5 | service 2:1<br>shorthand 7:4,22<br>show 5:2<br>shows 4:2<br>signature 6:9 7:20<br>six 4:18 | **v**<br>v 1:12<br>vancouver 7:14<br>verify 2:20<br>veritext 6:11<br>vision 3:13 4:1,2 |
| **m**<br>m 7:4,21<br>mail 5:10<br>march 4:18<br>medical 5:2,3<br>member 2:4,11<br>mineola 6:14<br>mm 4:5 5:14<br>months 4:18 | perfect 2:19 3:10 4:6<br>phone 1:15<br>plan 1:13<br>plans 1:14<br>portland 2:22<br>possible 5:6<br>proceedings 6:5 7:8,12<br>process 4:22<br>ps 1:15<br>pull 3:6<br>pulled 2:24 | solutions 6:11<br>sonya 6:3 7:6<br>southeast 2:21<br>stamp 7:14<br>state 5:1<br>submit 3:17<br>submitted 3:16 4:12<br>suite 6:13<br>sure 3:6 5:11 | **w**<br>want 5:10<br>washington 7:15<br>welcome 5:18<br>we're 4:3<br>what's 2:7<br>wilderness 4:2<br>wish 5:5<br>witness 7:14<br>write 5:1 |
| **n**<br>n 6:1<br>name 1:15 2:17<br>name's 2:3<br>necessity 5:3<br>nervous 4:15<br>network 5:6<br>new 3:13 4:1,2<br>nope 5:20<br>notes 7:8<br>november 4:18<br>number 2:8,11 3:3<br>ny 6:14 | **q**<br>question 2:24 3:18<br>questions 2:4<br>**r**<br>r 6:1 7:1<br>rate 5:6<br>rec 1:15<br>reconsidered 5:5<br>record 6:5 7:11<br>recording 7:6<br>reduced 7:9<br>reporter 7:5,22<br>riley 1:11 3:9,10 5:3<br>riley's 3:11<br>road 6:12 | **t**<br>t 6:1,1 7:1,1<br>take 2:6<br>tell 3:7 5:4<br>testimony 7:7,12<br>thank 2:10 5:7,16 5:23<br>that's 2:14 3:5 5:6 5:20<br>thereof 7:13<br>think 4:17<br>time 4:19<br>today 2:2<br>transcribed 7:7<br>transcript 6:4 7:10<br>treatment 5:4<br>true 6:4 7:11<br>typewriting 7:9 | **y**<br>y 2:18<br>yeah 3:14 4:14,19<br>yep 4:6<br>you're 5:18 |
| **o**<br>o 2:18 6:1<br>october 3:25 4:7 4:10,18<br>oh 3:5,10<br>okay 2:14,23 3:5,8 3:10,15,20,22 4:6 4:8,11,21 5:7,9,21<br>old 6:12<br>open 3:15<br>oral 7:7,12<br>oregon 2:22 7:5 | **s**<br>schmitt 7:4,21<br>see 3:3<br>send 5:10 | **u**<br>um 3:1,1 | |

Page 2