6/18/2018 Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11  RILEY BOYLE
12  v.
13  LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14  PACIFICSOURCE HEALTH PLANS
15  File Name:  disc rec_PS_003004_2018.06.18_Phone
16  Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                                  Page 1
```

6/18/2018 Phone Call

```
 1              TORY:  Customer Service.  This is Tory.
 2   How many I help you?
 3              JOSIE BOYLE:  Hello.  My name is Josie
 4   Boyle and I have PacificSource, and I have a
 5   question about a denial that I received.
 6              TORY:  Okay.  Yeah, definitely.  Can I
 7   get your member ID number?
 8              JOSIE BOYLE:  Well, you know, I don't
 9   know what it is.
10              TORY:  That's okay.  Um...let's do your
11   last name and date of birth.  How do you spell
12   your last name?
13              JOSIE BOYLE:  B-O-Y-L-E.
14              TORY:  Okay.  And what's your date of
15   birth?
16              JOSIE BOYLE:  7/24/73.
17              TORY:  7/24/73.
18              JOSIE BOYLE:  Okay.  It's actually a
19   denial on my daughter's -- for my daughter.  I
20   don't know if that makes a difference.
21              TORY:  Yeah.  Let's see.  For -- what's
22   her --
23              JOSIE BOYLE:  Riley.
24              TORY:  Riley.  Okay.  Okay.  Just give
25   me one moment.
```

Page 2

6/18/2018 Phone Call

```
 1          JOSIE BOYLE:  No worries.
 2          TORY:  And then can you just confirm
 3   Riley's date of birth?
 4          JOSIE BOYLE:  8/15/2000.
 5          TORY:  Thank you.  Okay, um...sorry.
 6          JOSIE BOYLE:  It's okay.
 7          TORY:  Okay.  And then what is the
 8   address that we have on file for you ladies?
 9          JOSIE BOYLE:  7015 Southeast 16th
10   Avenue, Portland, Oregon 97202.
11          TORY:  Great.  Thank you.  Oh, okay.
12   Um...so it looks like you guys are a part of the
13   Legacy Network, so we have a dedicated team of
14   customer service that can help you with this.  So
15   let me just transfer you.
16          JOSIE BOYLE:  Okay.
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8    [signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   May 10, 2021
17
18
19
20
21
22
23
24
25
                                                       Page 4
```

C E R T I F I C A T E

I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 4, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT
Certified Shorthand Reporter
Certificate No. 90-0093
Expiration Date: 6/30/2023

Page 5

6/18/2018 Phone Call

**[003004 - reduced]**

| 0 | avenue 3:10 | foregoing 4:4 5:10 | n |
|---|---|---|---|
| 003004 1:15 | **b** | full 5:11 | n 4:1 |
| **1** | b 2:13 | **g** | name 1:15 2:3,11 2:12 |
| 1 5:10 | birth 2:11,15 3:3 | give 2:24 | network 3:13 |
| 10 4:16 | boyle 1:11 2:3,4,8 2:13,16,18,23 3:1 3:4,6,9,16 | great 3:11 | notes 5:8 |
| 11501 4:14 | | guys 3:12 | number 2:7 |
| 11th 5:15 | | **h** | ny 4:14 |
| 12151 4:9 | boyle.wav 1:16 | hand 5:14 | **o** |
| 16th 3:9 | **c** | health 1:13,13,14 | o 2:13 4:1 |
| **2** | c 4:1,1 5:1,1 | hello 2:3 | oh 3:11 |
| 2018.06.18 1:15 | call 1:16 | help 2:2 3:14 | okay 2:6,10,14,18 2:24,24 3:5,6,7,11 3:16 |
| 2021 4:16 5:15 | certificate 5:22 | hyde 4:3 5:6 | |
| 25057 5:20 | certified 5:4,22 | **i** | old 4:12 |
| **3** | certify 4:3 5:5 | inclusive 5:10 | oral 5:7,12 |
| 300 4:13 | confirm 3:2 | it's 2:18 3:6 | oregon 3:10 5:5 |
| 330 4:12 | constitutes 5:11 | **j** | **p** |
| **4** | country 4:12 | janette 5:4,21 | pacificsource 1:14 2:4 |
| 4 5:10 | csr 5:14 | josie 2:3,3,8,13,16 2:18,23 3:1,4,6,9 3:16 | |
| **5** | customer 2:1 3:14 | | pages 5:10 |
| 504 1:13 | **d** | **k** | part 3:12 |
| **6** | date 2:11,14 3:3 4:16 5:23 | know 2:8,9,20 | phone 1:15 |
| 6/30/2023 5:23 | daughter 2:19 | **l** | plan 1:13 |
| **7** | daughter's 2:19 | l 2:13 | plans 1:14 |
| 7/24/73 2:16,17 | day 5:15 | ladies 3:8 | portland 3:10 |
| 7015 3:9 | dedicated 3:13 | ledanski 4:3 5:6 | proceedings 4:5 5:8,12 |
| **8** | definitely 2:6 | legacy 1:13,13 3:13 | |
| 8/15/2000 3:4 | denial 2:5,19 | | ps 1:15 |
| **9** | difference 2:20 | legal 4:11 | **q** |
| 90-0093 5:22 | direction 5:9 | let's 2:21 | question 2:5 |
| 97202 3:10 | disc 1:15 | listened 5:6 | **r** |
| **a** | don't 2:8,20 | looks 3:12 | r 4:1 5:1 |
| accurate 4:4 5:11 | **e** | **m** | rec 1:15 |
| address 3:8 | e 2:13 4:1 5:1,1 | m 5:4,21 | received 2:5 |
| adduced 5:7,12 | expiration 5:23 | member 2:7 | record 4:5 5:11 |
| audio 5:6 | **f** | mineola 4:14 | recording 5:6 |
| | f 4:1 5:1 | moment 2:25 | reduced 5:9 |
| | file 1:15 3:8 | | |

Page 1

6/18/2018 Phone Call

**[reporter - yeah]**

| | |
|---|---|
| **reporter**  5:5,22<br>**riley**  1:11 2:23,24<br>**riley's**  3:3<br>**road**  4:12 | **veritext**  4:11 |
| **s** | **w** |
| **schmitt**  5:4,21<br>**see**  2:21<br>**service**  2:1 3:14<br>**shorthand**  5:4,22<br>**signature**  4:9 5:20<br>**solutions**  4:11<br>**sonya**  4:3 5:6<br>**sorry**  3:5<br>**southeast**  3:9<br>**spell**  2:11<br>**stamp**  5:14<br>**suite**  4:13 | **washington**  5:15<br>**what's**  2:14,21<br>**witness**  5:14<br>**worries**  3:1 |
| | **y** |
| | **y**  2:13<br>**yeah**  2:6,21 |
| **t** | |
| **t**  4:1,1 5:1,1<br>**team**  3:13<br>**testimony**  5:7,12<br>**thank**  3:5,11<br>**that's**  2:10<br>**thereof**  5:13<br>**tory**  2:1,1,6,10,14<br>  2:17,21,24 3:2,5,7<br>  3:11<br>**transcribed**  5:7<br>**transcript**  4:4<br>  5:10<br>**transfer**  3:15<br>**true**  4:4 5:11<br>**typewriting**  5:9 | |
| **u** | |
| **um**  2:10 3:5,12 | |
| **v** | |
| **v**  1:12<br>**vancouver**  5:14 | |

Page 2