1

2

3

4

5

6

7

8

9

10

11   RILEY BOYLE

12   v.

13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and

14   PACIFICSOURCE HEALTH PLANS

15   File Name:  disc rec_PS_003005_2019.02.19_Phone

16   Call_Boyle.wav

17

18

19

20

21

22

23

24

25

                                        Page 1

2/19/2019 (3005) Phone Call

1           CAROL:  Customer service.  This is

2  Carol.

3           JOSIE BOYLE:  Hi, Carol.  My name's

4  Josie.  Um...can I speak with Matthew in

5  grievance and appeals?

6           CAROL:  Um...yes.  Do you mind if I get

7  a little information just so I can log our call,

8  Josie?

9           JOSIE BOYLE:  Yeah, sure.

10          CAROL:  Okay.  Are you a member or are

11  you a medical provider?

12          JOSIE BOYLE:  I was a member.

13          CAROL:  Okay.  And do you have the

14  member ID number, please?

15          JOSIE BOYLE:  200498139, and I guess

16  hyphen 02.

17          CAROL:  Okay, so it was regarding a

18  family member?

19          JOSIE BOYLE:  Yeah.

20          CAROL:  Okay.  And what's that family

21  member's name and date of birth, please?

22          JOSIE BOYLE:  Riley Boyle, and it's

23  8/15/2000.

24          CAROL:  Excellent.  And one more thing

25  if you'd verify the street address on file.

                                      Page 2

2/19/2019 (3005) Phone Call

```
 1              JOSIE BOYLE:  7015 Southeast 16th

 2    Avenue.

 3              CAROL:  Excellent.  Thank you so much.

 4    And let me see if -- yeah.  Let me give him a

 5    jingle.  Can you hang on a second?

 6              JOSIE BOYLE:  You bet.

 7              CAROL:  Okay.  Thanks.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

2/19/2019 (3005) Phone Call

```
1                   C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the

4    foregoing transcript is a true and accurate

5    record of the proceedings.

6

7

8

9

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date:  May 10, 2021

17

18

19

20

21

22

23

24

25

                                          Page 4
```

```
 1              C E R T I F I C A T E

 2

 3

 4          I, Janette M. Schmitt, a Certified Shorthand

 5     Reporter for Oregon, do hereby certify that after having

 6     listened to an audio recording, that Sonya Ledanski Hyde

 7     transcribed all testimony adduced and other oral

 8     proceedings had, and that thereafter her notes were

 9     reduced to typewriting under her direction; and that the

10     foregoing transcript, pages 1 to 4, both inclusive,

11     constitutes a full, true and accurate record of all such

12     testimony adduced and oral proceedings had, and of the

13     whole thereof.

14              Witness my hand and CSR stamp at Vancouver,

15     Washington, this 11th day of May, 2021.

16

17

18

19

20

21

               JANETTE M. SCHMITT

22             Certified Shorthand Reporter

               Certificate No. 90-0093

23             Expiration Date:  6/30/2023

24

25

                                              Page 5
```

2/19/2019 (3005) Phone Call

**[003005 - second]**

| 0 |
|---|
| **003005**  1:15 |
| **02**  2:16 |

| 1 |
|---|
| **1**  5:10 |
| **10**  4:16 |
| **11501**  4:14 |
| **11th**  5:15 |
| **12151**  4:9 |
| **16th**  3:1 |

| 2 |
|---|
| **200498139**  2:15 |
| **2019.02.19**  1:15 |
| **2021**  4:16 5:15 |
| **25057**  5:20 |

| 3 |
|---|
| **300**  4:13 |
| **330**  4:12 |

| 4 |
|---|
| **4**  5:10 |

| 5 |
|---|
| **504**  1:13 |

| 6 |
|---|
| **6/30/2023**  5:23 |

| 7 |
|---|
| **7015**  3:1 |

| 8 |
|---|
| **8/15/2000**  2:23 |

| 9 |
|---|
| **90-0093**  5:22 |

| a |
|---|
| **accurate**  4:4 5:11 |
| **address**  2:25 |
| **adduced**  5:7,12 |
| **appeals**  2:5 |

| — |
|---|
| **audio**  5:6 |
| **avenue**  3:2 |

| b |
|---|
| **bet**  3:6 |
| **birth**  2:21 |
| **boyle**  1:11 2:3,9 |
| 2:12,15,19,22,22 |
| 3:1,6 |
| **boyle.wav**  1:16 |

| c |
|---|
| **c**  4:1,1 5:1,1 |
| **call**  1:16 2:7 |
| **carol**  2:1,2,3,6,10 |
| 2:13,17,20,24 3:3 |
| 3:7 |
| **certificate**  5:22 |
| **certified**  5:4,22 |
| **certify**  4:3 5:5 |
| **constitutes**  5:11 |
| **country**  4:12 |
| **csr**  5:14 |
| **customer**  2:1 |

| d |
|---|
| **date**  2:21 4:16 |
| 5:23 |
| **day**  5:15 |
| **direction**  5:9 |
| **disc**  1:15 |

| e |
|---|
| **e**  4:1 5:1,1 |
| **excellent**  2:24 3:3 |
| **expiration**  5:23 |

| f |
|---|
| **f**  4:1 5:1 |
| **family**  2:18,20 |
| **file**  1:15 2:25 |
| **foregoing**  4:4 5:10 |
| **full**  5:11 |

| g |
|---|
| **give**  3:4 |
| **grievance**  2:5 |
| **guess**  2:15 |

| h |
|---|
| **hand**  5:14 |
| **hang**  3:5 |
| **health**  1:13,13,14 |
| **hi**  2:3 |
| **hyde**  4:3 5:6 |
| **hyphen**  2:16 |

| i |
|---|
| **inclusive**  5:10 |
| **information**  2:7 |
| **it's**  2:22 |

| j |
|---|
| **janette**  5:4,21 |
| **jingle**  3:5 |
| **josie**  2:3,4,8,9,12 |
| 2:15,19,22 3:1,6 |

| l |
|---|
| **ledanski**  4:3 5:6 |
| **legacy**  1:13,13 |
| **legal**  4:11 |
| **listened**  5:6 |
| **little**  2:7 |
| **log**  2:7 |

| m |
|---|
| **m**  5:4,21 |
| **matthew**  2:4 |
| **medical**  2:11 |
| **member**  2:10,12 |
| 2:14,18 |
| **member's**  2:21 |
| **mind**  2:6 |
| **mineola**  4:14 |

| n |
|---|
| **n**  4:1 |
| **name**  1:15 2:21 |
| **name's**  2:3 |
| **notes**  5:8 |
| **number**  2:14 |
| **ny**  4:14 |

| o |
|---|
| **o**  4:1 |
| **okay**  2:10,13,17 |
| 2:20 3:7 |
| **old**  4:12 |
| **oral**  5:7,12 |
| **oregon**  5:5 |

| p |
|---|
| **pacificsource**  1:14 |
| **pages**  5:10 |
| **phone**  1:15 |
| **plan**  1:13 |
| **plans**  1:14 |
| **please**  2:14,21 |
| **proceedings**  4:5 |
| 5:8,12 |
| **provider**  2:11 |
| **ps**  1:15 |

| r |
|---|
| **r**  4:1 5:1 |
| **rec**  1:15 |
| **record**  4:5 5:11 |
| **recording**  5:6 |
| **reduced**  5:9 |
| **regarding**  2:17 |
| **reporter**  5:5,22 |
| **riley**  1:11 2:22 |
| **road**  4:12 |

| s |
|---|
| **schmitt**  5:4,21 |
| **second**  3:5 |

Page 1

2/19/2019 (3005) Phone Call

**[see - you'd]**

| | |
|---|---|
| **see**  3:4 | |
| **service**  2:1 | |
| **shorthand**  5:4,22 | |
| **signature**  4:9 5:20 | |
| **solutions**  4:11 | |
| **sonya**  4:3 5:6 | |
| **southeast**  3:1 | |
| **speak**  2:4 | |
| **stamp**  5:14 | |
| **street**  2:25 | |
| **suite**  4:13 | |
| **sure**  2:9 | |

**t**

**t**  4:1,1 5:1,1
**testimony**  5:7,12
**thank**  3:3
**thanks**  3:7
**thereof**  5:13
**thing**  2:24
**transcribed**  5:7
**transcript**  4:4
  5:10
**true**  4:4 5:11
**typewriting**  5:9

**u**

**um**  2:4,6

**v**

**v**  1:12
**vancouver**  5:14
**verify**  2:25
**veritext**  4:11

**w**

**washington**  5:15
**what's**  2:20
**witness**  5:14

**y**

**yeah**  2:9,19 3:4
**you'd**  2:25

Page 2