2/19/2019 (3006) Phone Call

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11   RILEY BOYLE
12   v.
13   LEGACY HEALTH PLAN NO. 504, LEGACY HEALTH, and
14   PACIFICSOURCE HEALTH PLANS
15   File Name:  disc rec_PS_003006_2019.02.19_Phone
16   Call_Boyle.wav
17
18
19
20
21
22
23
24
25
                                              Page 1
```

1        MATT:  Hi.  This is Matt in appeals and
2   grievances.
3        JOSIE BOYLE:  Hello.  My name is Josie.
4   I just have a couple of questions about our
5   appeal.
6        MATT:  Okay.
7        JOSIE BOYLE:  Um...do you need
8   information, like an appeal number or anything or
9   do you have it up?
10       MATT:  No, I have it up in front of me.
11       JOSIE BOYLE:  Oh, great.  So, this is
12  the second appeal and then (indiscernible) I was
13  reading through the appeals information, but I'm
14  not sure what the next step would be.  Do -- can
15  we appeal this appeal or are we done appealing?
16       MATT:  Let me take a look really
17  quickly a little more in depth just so I can --
18       JOSIE BOYLE:  Okay.
19       MATT:  -- get what information I need.
20       JOSIE BOYLE:  Sounds good.
21       MATT:  Okay.  Perfect.  Okay.  So you
22  guys are at the last step now.
23       JOSIE BOYLE:  Okay.
24       MATT:  So the last step is that we send
25  it out to the State of Oregon and they --

Page 2

```
1              JOSIE BOYLE:  Oh.
2              MATT:  -- choose an independent
3    reviewer.
4              JOSIE BOYLE:  Oh, okay.  Great.  And
5    how do we get that process started?
6              MATT:  So, we would need you guys to,
7    just like before, send in a letter to us asking
8    for it to be sent out for independent review.
9              JOSIE BOYLE:  Okay.
10             MATT:  And um...I can actually send you
11   over a form that we need you -- actually, we need
12   Riley to sign.
13             JOSIE BOYLE:  Does she have to sign it
14   with every single step that we take?  Because
15   she's signed it twice now.
16             MATT:  Right.  And on this one, she
17   would need to, though.  This is um...it's Oregon
18   State law.
19             JOSIE BOYLE:  (indiscernible).
20             MATT:  So, she has to sign one
21   releasing the information to the State.
22             JOSIE BOYLE:  Gotcha.  That's no
23   problem.  Yeah, if you can send that to my email,
24   that would be great.
25             MATT:  Sure.  What is your email
```

```
 1   address?
 2            JOSIE BOYLE:  jboyle0724@gmail.com.
 3            MATT:  Perfect.  So I have --
 4            JOSIE BOYLE:  And how do -- oh, sorry.
 5            MATT:  Go ahead.
 6            JOSIE BOYLE:  Go ahead.
 7            MATT:  I was saying --
 8            JOSIE BOYLE:  No, go ahead.
 9            MATT:  -- I have jboyle0724@gmail.com?
10            JOSIE BOYLE:  Correct.
11            MATT:  Perfect.
12            JOSIE BOYLE:  So, um...how -- like, in
13   this last letter it doesn't really say why they
14   um...turned it down like the last.  The first
15   letter it said that she could've gone to Cedar
16   Hills.
17            MATT:  Mm hmm.
18            JOSIE BOYLE:  Um...and we wrote back
19   that, no, she couldn't have gone to Cedar Hills
20   because they didn't accept minors.
21            MATT:  Yeah.
22            JOSIE BOYLE:  Uh...and then this last -
23   - I'm not -- I can't find the top page.  Oh, oh,
24   the last one they sent said -- well, it just said
25   that the physician consulted, that an out-of-
```

Page 4

```
 1   network exception was requested and then that
 2   there are in-network qualified residential
 3   treatment centers, but it doesn't say which ones
 4   because we were never able to find one and all
 5   the people we were working with couldn't find
 6   one.  And so that's what I -- I'm just -- I would
 7   like more information.  Um...
 8           MATT:  Yeah, that's something I can --
 9   that's something I could follow up with our nurse
10   on.  So, if you don't mind, what I'll go ahead
11   and do is I'll follow up with her on this --
12           JOSIE BOYLE:  Yeah.
13           MATT:  -- and then I could send you an
14   email back with what I find out plus that form.
15           JOSIE BOYLE:  Oh, okay.  And then
16   uh...it says that we can request, like, the
17   um...deciding factor, like, any information used
18   to decide um...to refuse -- deny the claim, can I
19   make that request or do I need to put it in
20   writing or --?
21           MATT:  No.  You can go ahead and make
22   that request.  I can get that sent out to you as
23   well.
24           JOSIE BOYLE:  Okay.  Great, great.
25   Okay, well, perfect.  So I just need to write a
```

```
 1   letter that we would like it sent out for
 2   external review?
 3            MATT:  Yes.
 4            JOSIE BOYLE:  And have Riley sign the
 5   form and send it back to you and then that gets
 6   the ball rolling again.
 7            MATT:  Yep.
 8            JOSIE BOYLE:  All right.  Thank you so
 9   much for your help.
10            MATT:  Oh, it's no problem.  You have a
11   good day.
12            JOSIE BOYLE:  All right.  Bye-bye.
13            MATT:  Bye.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8   [Signature: Sonya M. Ledanski Hyde]
 9
10
11   Veritext Legal Solutions
12   330 Old Country Road
13   Suite 300
14   Mineola, NY 11501
15
16   Date:  May 11, 2021
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

    I, Janette M. Schmitt, a Certified Shorthand Reporter for Oregon, do hereby certify that after having listened to an audio recording, that Sonya Ledanski Hyde transcribed all testimony adduced and other oral proceedings had, and that thereafter her notes were reduced to typewriting under her direction; and that the foregoing transcript, pages 1 to 7, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

    Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of May, 2021.

JANETTE M. SCHMITT

Certified Shorthand Reporter

Certificate No. 90-0093

Expiration Date:  6/30/2023

Page 8

2/19/2019 (3006) Phone Call

[003006 - matt]

| 0 | audio 8:6 | disc 1:15 | hyde 7:3 8:6 |
|---|---|---|---|
| **003006** 1:15 | **b** | **doesn't** 4:13 5:3 | **i** |
| **1** | **back** 4:18 5:14 6:5 | **don't** 5:10 | **inclusive** 8:10 |
| **1** 8:10 | **ball** 6:6 | **e** | **independent** 3:2,8 |
| **11** 7:16 | **boyle** 1:11 2:3,7 | **e** 7:1 8:1,1 | **indiscernible** 2:12 |
| **11501** 7:14 | 2:11,18,20,23 3:1 | **email** 3:23,25 5:14 | 3:19 |
| **11th** 8:15 | 3:4,9,13,19,22 4:2 | **exception** 5:1 | **information** 2:8 |
| **12151** 7:9 | 4:4,6,8,10,12,18 | **expiration** 8:23 | 2:13,19 3:21 5:7 |
| **2** | 4:22 5:12,15,24 | **external** 6:2 | 5:17 |
| **2019.02.19** 1:15 | 6:4,8,12 | **f** | **it's** 3:17 6:10 |
| **2021** 7:16 8:15 | **boyle.wav** 1:16 | **f** 7:1 8:1 | **i'll** 5:10,11 |
| **25057** 8:20 | **bye** 6:12,12,13 | **factor** 5:17 | **i'm** 2:13 5:6 |
| **3** | **c** | **file** 1:15 | **j** |
| **300** 7:13 | **c** 7:1,1 8:1,1 | **find** 4:23 5:4,5,14 | **janette** 8:4,21 |
| **330** 7:12 | **call** 1:16 | **first** 4:14 | **jboyle0724** 4:2,9 |
| **5** | **cedar** 4:15,19 | **follow** 5:9,11 | **josie** 2:3,3,7,11,18 |
| **504** 1:13 | **centers** 5:3 | **foregoing** 7:4 8:10 | 2:20,23 3:1,4,9,13 |
| **6** | **certificate** 8:22 | **form** 3:11 5:14 6:5 | 3:19,22 4:2,4,6,8 |
| **6/30/2023** 8:23 | **certified** 8:4,22 | **front** 2:10 | 4:10,12,18,22 5:12 |
| **7** | **certify** 7:3 8:5 | **full** 8:11 | 5:15,24 6:4,8,12 |
| **7** 8:10 | **choose** 3:2 | **g** | **l** |
| **9** | **claim** 5:18 | **gmail.com** 4:9 | **law** 3:18 |
| **90-0093** 8:22 | **constitutes** 8:11 | **gmail.com.** 4:2 | **ledanski** 7:3 8:6 |
| **a** | **consulted** 4:25 | **go** 4:5,6,8 5:10,21 | **legacy** 1:13,13 |
| **able** 5:4 | **correct** 4:10 | **good** 2:20 6:11 | **legal** 7:11 |
| **accept** 4:20 | **couldn't** 4:19 5:5 | **gotcha** 3:22 | **letter** 3:7 4:13,15 |
| **accurate** 7:4 8:11 | **could've** 4:15 | **great** 2:11 3:4,24 | 6:1 |
| **address** 4:1 | **country** 7:12 | 5:24,24 | **listened** 8:6 |
| **adduced** 8:7,12 | **couple** 2:4 | **grievances** 2:2 | **little** 2:17 |
| **ahead** 4:5,6,8 5:10 | **csr** 8:14 | **guys** 2:22 3:6 | **look** 2:16 |
| 5:21 | **d** | **h** | **m** |
| **appeal** 2:5,8,12,15 | **date** 7:16 8:23 | **hand** 8:14 | **m** 8:4,21 |
| 2:15 | **day** 6:11 8:15 | **health** 1:13,13,14 | **matt** 2:1,1,6,10,16 |
| **appealing** 2:15 | **decide** 5:18 | **hello** 2:3 | 2:19,21,24 3:2,6 |
| **appeals** 2:1,13 | **deciding** 5:17 | **help** 6:9 | 3:10,16,20,25 4:3 |
| **asking** 3:7 | **deny** 5:18 | **hi** 2:1 | 4:5,7,9,11,17,21 |
| | **depth** 2:17 | **hills** 4:16,19 | 5:8,13,21 6:3,7,10 |
| | **didn't** 4:20 | **hmm** 4:17 | 6:13 |
| | **direction** 8:9 | | |

Page 1

**[mind - yep]**

| | | | |
|---|---|---|---|
| mind 5:10 | problem 3:23 6:10 | she's 3:15 | **v** |
| mineola 7:14 | proceedings 7:5 | shorthand 8:4,22 | v 1:12 |
| minors 4:20 | 8:8,12 | sign 3:12,13,20 6:4 | vancouver 8:14 |
| mm 4:17 | process 3:5 | signature 7:9 8:20 | veritext 7:11 |
| **n** | ps 1:15 | signed 3:15 | **w** |
| n 7:1 | put 5:19 | single 3:14 | washington 8:15 |
| name 1:15 2:3 | **q** | solutions 7:11 | witness 8:14 |
| need 2:7,19 3:6,11 | qualified 5:2 | sonya 7:3 8:6 | working 5:5 |
| 3:11,17 5:19,25 | questions 2:4 | sorry 4:4 | write 5:25 |
| network 5:1,2 | quickly 2:17 | sounds 2:20 | writing 5:20 |
| never 5:4 | **r** | stamp 8:14 | wrote 4:18 |
| notes 8:8 | r 7:1 8:1 | started 3:5 | **y** |
| number 2:8 | reading 2:13 | state 2:25 3:18,21 | yeah 3:23 4:21 5:8 |
| nurse 5:9 | really 2:16 4:13 | step 2:14,22,24 | 5:12 |
| ny 7:14 | rec 1:15 | 3:14 | yep 6:7 |
| **o** | record 7:5 8:11 | suite 7:13 | |
| o 7:1 | recording 8:6 | sure 2:14 3:25 | |
| oh 2:11 3:1,4 4:4 | reduced 8:9 | **t** | |
| 4:23,23 5:15 6:10 | refuse 5:18 | t 7:1,1 8:1,1 | |
| okay 2:6,18,21,21 | releasing 3:21 | take 2:16 3:14 | |
| 2:23 3:4,9 5:15,24 | reporter 8:5,22 | testimony 8:7,12 | |
| 5:25 | request 5:16,19,22 | thank 6:8 | |
| old 7:12 | requested 5:1 | that's 3:22 5:6,8,9 | |
| ones 5:3 | residential 5:2 | thereof 8:13 | |
| oral 8:7,12 | review 3:8 6:2 | top 4:23 | |
| oregon 2:25 3:17 | reviewer 3:3 | transcribed 8:7 | |
| 8:5 | right 3:16 6:8,12 | transcript 7:4 | |
| **p** | riley 1:11 3:12 6:4 | 8:10 | |
| pacificsource 1:14 | road 7:12 | treatment 5:3 | |
| page 4:23 | rolling 6:6 | true 7:4 8:11 | |
| pages 8:10 | **s** | turned 4:14 | |
| people 5:5 | saying 4:7 | twice 3:15 | |
| perfect 2:21 4:3,11 | says 5:16 | typewriting 8:9 | |
| 5:25 | schmitt 8:4,21 | **u** | |
| phone 1:15 | second 2:12 | uh 4:22 5:16 | |
| physician 4:25 | send 2:24 3:7,10 | um 2:7 3:10,17 | |
| plan 1:13 | 3:23 5:13 6:5 | 4:12,14,18 5:7,17 | |
| plans 1:14 | sent 3:8 4:24 5:22 | 5:18 | |
| plus 5:14 | 6:1 | | |